B1 (Official Form 1) (4/10)

# United States Bankruptcy Court
## Eastern District of Michigan, Southern Division

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Kazi Foods Of Michigan, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **68-0636310** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**4862 Maddie Lane**<br>**Dearborn, MI**<br>ZIPCODE **48126** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Wayne** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br>**PO Box 11239**<br>**Saint Thomas, Virgin Islands**<br>**00801,** ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**See Attached Exhibit A To Petition** ZIPCODE | |

### Type of Debtor
(Form of Organization)
(Check one box.)
- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [✓] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [✓] Other

**Tax-Exempt Entity**
(Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box.)
- [ ] Chapter 7
- [ ] Chapter 9
- [✓] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box.)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [✓] Debts are primarily business debts.

### Filing Fee (Check one box)
- [✓] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
**Check one box:**
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [✓] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- [ ] Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

**Check all applicable boxes:**
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information
- [✓] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [✓] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [✓] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [✓] | [ ] | [ ] | [ ] | [ ] | [ ] |

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Kazi Foods Of Michigan, Inc.** | | |
|---|---|---|---|
| **Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) | | | |
| Location Where Filed: **None** | Case Number: | | Date Filed: |
| Location Where Filed: | Case Number: | | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | | |
| Name of Debtor:<br>**None** | Case Number: | | Date Filed: |
| District: | Relationship: | | Judge: |

| Exhibit A<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | Exhibit B<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.<br><br>X _____<br>Signature of Attorney for Debtor(s)           Date |
|---|---|

**Exhibit C**
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☒ No

**Exhibit D**
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)
    ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.
If this is a joint petition:
    ☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)
☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.
☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)
☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord or lessor that obtained judgment)

_____
(Address of landlord or lessor)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and
☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.
☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (4/10)      Page 3

| **Voluntary Petition** (This page must be completed and filed in every case) | Name of Debtor(s): Kazi Foods Of Michigan, Inc. |
|---|---|

### Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.
(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Attorney***

X _____
Signature of Attorney for Debtor(s)
Stephen M. Gross P35410
McDonald Hopkins, PLC
39533 Woodward Ave., Ste. 318
Bloomfield Hills, MI 48304
(248) 646-5070 Fax: (248) 646-5075
sgross@mcdonaldhopkins.com

FEB. 17, 2011
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Petition Preparer**

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual
**Stephen Poludniak**
Printed Name of Authorized Individual
**Treasurer**
Title of Authorized Individual

_____
Date

X _____
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

_____
Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

# Exhibit A to Petition

| Address 1 | City | State | Postal |
|---|---|---|---|
| 1361 N Opdyke Road | Auburn Hills | MI | 48326 |
| 41670 Ford Rd | Canton | MI | 48187 |
| 10120 W Warren Ave | Dearborn | MI | 48126 |
| 12721 Michigan Ave | Dearborn | MI | 48126 |
| 17505 E Warren Ave | Detroit | MI | 48224 |
| 12010 Greenfield Rd | Detroit | MI | 48227 |
| 9848 Livernois Ave | Detroit | MI | 48204 |
| 15340 Wyoming Ave. | Detroit | MI | 48238 |
| 8939 W 7 Mile Rd | Detroit | MI | 48221 |
| 15700 E 8 Mile Rd | Detroit | MI | 48205 |
| 2600 E 8 Mile Rd | Detroit | MI | 48234 |
| 6320 W Fort St | Detroit | MI | 48209 |
| 14401 Grand River Ave | Detroit | MI | 48227 |
| 13320 E Jefferson Ave | Detroit | MI | 48215 |
| 19833 W 7 Mile Rd | Detroit | MI | 48219 |
| 2716 W. Grand Blvd. | Detroit | MI | 48208 |
| 1850 E McNichols Rd | Detroit | MI | 48203 |
| 9654 Gratiot Ave | Detroit | MI | 48213 |
| 17750 Fenkell St | Detroit | MI | 48227 |
| 3785 Gratiot St. | Detroit | MI | 48207 |
| 9041 Chalmers | Detroit | MI | 48213 |
| 13546 W McNichols Rd | Detroit | MI | 48235 |
| 22345 Grand River | Detroit | MI | 48219 |
| 2601 W Davison Avenue | Detroit | MI | 48238 |
| 14400 Livernois Avenue | Detroit | MI | 48238 |
| 14201 W 7 Mile Rd | Detroit | MI | 48235-1720 |
| G-3066 Miller Rd. | Flint | MI | 48507 |
| 3510 Clio Rd | Flint | MI | 48504 |
| 4427 Corunna Road | Flint | MI | 48532 |
| 1445 West Bristol Road | Flint | MI | 48507 |
| 4333 W Pierson Road | Flint | MI | 48504 |
| 1914 N Dort Hwy | Flint | MI | 48506 |
| 6021 Dort Hwy | Grand Blanc | MI | 48439 |
| ~~7500 Grand Parkway~~ | ~~Grand Blanc~~ | ~~MI~~ | ~~48439~~ |
| 20990 Harper Ave | Harper Woods | MI | 48225 |
| 13253 Woodward Ave | Highland Park | MI | 48203 |
| 383 S Broadway St | Lake Orion | MI | 48362 |
| G-6030 N Saginaw | Mount Morris | MI | 48458 |
| 1 W Walton Blvd | Pontiac | MI | 48340 |
| 810 N Perry Street | Pontiac | MI | 48342 |
| 1000 S. Opdyke Rd. | Pontiac | MI | 48341 |
| 606 S. Rochester Rd. | Rochester Hills | MI | 48307 |
| 4790 Dixie Hwy | Waterford | MI | 48329 |
| 2339 S Wayne Rd | Westland | MI | 48185 |

United States Bankruptcy Court
Eastern District of Michigan, Southern Division

IN RE: Case No. _____

Kazi Foods Of Michigan, Inc. Chapter **11**
_____
Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Zubair Kazi<br>A1A Estate Thomas<br>St. Thomas, VI 00802 | 100 | |

IN RE: Kazi Foods Of Michigan, Inc.
Debtor(s)

Case No. _____
Chapter 11

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: _____ Signature: _____
Stephen Poludniak, Treasurer                                    Debtor

Date: _____ Signature: _____
                                                          Joint Debtor, if any

# Kazi Foods of Michigan, Inc.

## RESOLUTION OF THE
## BOARD OF DIRECTORS

**WHEREAS**, the undersigned, being the all of the Directors of Kazi Foods of Michigan, Inc., a Delaware corporation (the "Company"), desire that the actions expressed in the following resolutions be, and same hereby are, taken by the Directors of the Company as of the date appearing after these resolutions; and

**WHEREAS**, the Company faces serious financial difficulties resulting from the present severe economic conditions, which has resulted in the Company defaulting under the terms of its secured lending agreements with Colonial Pacific Leasing Corporation, a subsidiary of GE Capital. Additionally, the Company is or may be in default of its franchise agreements with Kentucky Fried Chicken resulting in the potential termination of its franchise agreements. The Company, therefore, believes that a chapter 11 bankruptcy may represent its best course of action to preserve and maximize the value of the Company;

**WHEREAS**, the Company's Directors have been in contact with legal counsel regarding the propriety of filing a chapter 11 bankruptcy reorganization case; and after such consultation, has determined that the best interests of the Company and its creditors would be best served by filing a chapter 11 bankruptcy petition as soon as possible;

**BE IT RESOLVED**, by the Directors of this Company, that the Company hereby formally grants approval for the filing of a chapter 11 bankruptcy petition on its behalf immediately and directs the relevant corporate officers to take all actions reasonably necessary to effectuate such filing;

**RESOLVED FURTHER** that Brian Burr, as President, or Stephen Poludniak, as Treasurer, shall have authority to take or cause to be taken all actions necessary to carry out these Resolutions, including the execution of any and all documents required to be executed by the Company for the purposes expressed by these Resolutions; and

RESOLVED FURTHER, that any and all agreements, instruments and documents previously executed, and acts and things previously done, to carry out the purposes of these Resolutions are ratified, confirmed, and approved as the acts of this Company.

IN WITNESS WHEREOF, the undersigned, constituting all of the Directors of the Company have hereunto set their hands as of the ___ day of February, 2011.

By: Zubair Kazi
Its: Chairman and Director

By: Stephen Poludniak
Its: Treasurer and Director