B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of Michigan, Southern Division

IN RE:  
Kazi Foods Of Michigan, Inc.  
Debtor(s)

Case No. _____  
Chapter 11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| **KENTUCKY FRIED CHICKEN** P. O BOX 102778 Atlanta, GA 30368-2778 | | | | 1,506,241.42 |
| **KFC NATIONAL ADVERTISING COOP** P. O BOX 642474 Pittsburgh, PA 15264-2474 | | | | 1,219,834.24 |
| **McLane Foodservice, Inc.** Bank Of America File# 2721 1000 West Temple St. Los Angeles, CA 90012 | 1(800) 737-8644 | | | 860,687.55 |
| **KFC U.S. Properties, Inc.** P.O Box 102778 Atlanta, GA 30368 | | | | 478,969.70 |
| **Restaurant Technologies, Inc.** 12962 Collections Center Drive Chicago, IL 60693 | 734-425-4522 (734) 425-4511 | | | 158,518.19 |
| **Weeks Food Corp** PO Box 88 Richmond, MI 48062 | (586) 727-3566 | | | 118,348.50 |
| **Kentucky Fried Chicken** Franchise Option 1441 Gardiner Lane Louisville, KY 40213 | | | | 108,049.20 |
| **DTE Energy** P O BOX 630795 Cincinnati, OH 45263 | | | | 79,501.30 |
| **THE MANILA GROUP** 9131 Martz Road Ypsilanti, MI 48197 | | | | 79,375.00 |
| **KFC Detroit Dealers Assoc.** c/o Plante & Morgan, LLP P. O. Box 307 Southfield, MI 48037 | (248) 352-2500 | | | 66,117.63 |
| **UFPC** P.O BOX 32033 Louisville, KY 40232 | | | | 61,248.24 |
| **Samona Construction Group** 31355 W 13 MILE RD #102 Farmington, MI 48334 | 248-545-3588 | | | 50,099.00 |

| | | |
|---|---|---:|
| BRINKS INCORPORATED<br>ATTN: NICOLE COOPER<br>555 DIVIDEND DRIVE SUITE 100<br>Coppell, TX 75019 | | 31,360.39 |
| RADIANT SYSTEMS<br>PO BOX 198755<br>Atlanta, GA 30384-8755 | | 28,171.14 |
| Flint/Saginaw/Bay City Co-op<br>P.O Box 2216<br>Saginaw, MI 48605 | | 27,600.90 |
| Norton Insur Svcs, Inc<br>dba ISU Insurance Svcof Irvine<br>18022 Cowan Suite 225<br>Studio City, CA 91614 | 949-419-0491<br>(949) 419-2100 | 21,181.95 |
| ACTION SERVICES GROUP<br>525 TURNER INDUSTRIAL WAY<br>Aston, PA 19014 | | 13,750.73 |
| Consumers Energy<br>Lansing, MI 48937-0001 | (800) 477-5050 | 10,872.15 |
| Alan Frank & Associates, Inc<br>Afa KRAUSE<br>45 W 10000 S #201<br>Sandy, UT 84070 | | 9,669.97 |
| UFPC Smallwares Connection<br>P O BOX 73184<br>Cleveland, OH 44193 | (866) 655-8116 | 9,174.96 |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, [the president *or* other officer *or* an authorized agent of the corporation][*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **February 17, 2011**     Signature: _____

        **Stephen Poludniak, Treasurer**
                   (Print Name and Title)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| Creditor | Phone | Amount |
|---|---|---|
| RADIANT SYSTEMS<br>PO BOX 198755<br>Atlanta, GA 30384-8755 | | 28,171.14 |
| Flint/Saginaw/Bay City Co-op<br>P.O Box 2216<br>Saginaw, MI 48605 | | 27,600.90 |
| Norton Insur Svcs, Inc<br>dba ISU Insurance Svcof Irvine<br>18022 Cowan Suite 225<br>Studio City, CA 91614 | 949-419-0491<br>(949) 419-2100 | 21,181.95 |
| ACTION SERVICES GROUP<br>525 TURNER INDUSTRIAL WAY<br>Aston, PA 19014 | | 13,750.73 |
| Consumers Energy<br>Lansing, MI 48937-0001 | (800) 477-5050 | 10,872.15 |
| Alan Frank & Associates, Inc<br>Afa KRAUSE<br>45 W 10000 S #201<br>Sandy, UT 84070 | | 9,669.97 |
| UFPC Smallwares Connection<br>P O BOX 73184<br>Cleveland, OH 44193 | (866) 655-8116 | 9,174.96 |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, [the president *or* other officer *or* an authorized agent of the corporation] [*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: FEB 17, 2011     Signature: *[signed]*

Stephen Poludniak, Treasurer

(Print Name and Title)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only