# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **KAZI FOODS OF MICHIGAN, INC.** | ) | **Case No. 11-XXXXX** |
| | ) | |
| **Debtor.** | ) | |
| | ) | **Judge** ____________ |
| | ) | |

## STATEMENT OF DEBTOR REGARDING CORPORATE OWNERSHIP

**The following entities directly or indirectly own 10% or more of any class of the debtor's equity interest:**

Name: Zubair Kazi 100% Owner

Address: A1A Estate Thomas

St. Thomas, Virgin Islands 00802

I declare under penalty of perjury that the foregoing is true and correct.

**Dated:** February 16, 2011

**Signature of Authorized Individual For Corporation Debtor**

Brian Burr
**Print Name**

President
**Title**

{2611003:}