UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| In re: | ) Chapter 11 |
|---|---|
| KAZI FOODS OF MICHIGAN, INC., | ) Case No. 11-43971 |
| Debtor. | ) Judge Thomas J. Tucker |
| In re: | ) Chapter 11 |
| KAZI FOODS OF FLORIDA, INC., | ) Case No. 11-43986 |
| Debtor. | ) Judge Steven W. Rhodes |

## AFFIDAVIT

Stephen Poludniak, being duly sworn states as follows:

1. That if called to testify, I have personal knowledge of and am capable of testifying to the following:

   A. That I am the Treasurer of the Debtors.

   B. That I am one of the primary individuals responsible for the financial affairs of the Debtors.

   D. That the Debtors will request through its counsel, McDonald Hopkins PLC, authority to use cash for continued support of the Debtors' ordinary course operations.

   E. That the Debtors are requesting, through their said counsel, an interim order authorizing the use of unencumbered cash, or in the alternative, cash collateral, in order to avoid immediate and irreparable harm to the estate.

F.  That the amount and use of funds that are needed to permit the Debtors to operate through March 31, 2011 are itemized on Exhibit 1 hereto and indicate that the Debtor needs to use $5,839,961 during said period in order to avoid immediate and irreparable harm.

2.  Further Deponent sayeth not.

_____
STEPHEN POLUDNIAK

Subscribed and sworn to before
me this 17th day of February, 2011

_____
Carol Howard, Notary Public
State: Florida County, Palm Bch
My Comm. Exps. 01/19/2015

CAROL HOWARD
Notary Public - State of Florida
My Comm. Expires Jan 19, 2015
Commission # EE 29063

## Kazi Foods of Michigan, Inc. Budget for Cash Needs

|  | Feb 17-28, 2011 | March 2011 | Total |
|---|---:|---:|---:|
| SALES | $ 1,027,861.63 | $ 2,933,051.00 | $ 3,960,912.63 |
| C.O.S. | $ 341,752.01 | $ 973,283.00 | $ 1,315,035.01 |
| SALARY MGT. | $ 56,726.80 | $ 144,343.00 | $ 201,069.80 |
| HOURLY | $ 182,254.54 | $ 510,950.00 | $ 693,204.54 |
| DIRECT LABOR | $ 238,981.34 | $ 655,293.00 | $ 894,274.34 |
| BENEFITS | $ 40,297.04 | $ 102,537.00 | $ 142,834.04 |
| TOTAL LABOR | $ 279,278.38 | $ 757,830.00 | $ 1,037,108.38 |
| GROSS PROFIT | $ 406,831.24 | $ 1,201,938.00 | $ 1,608,769.24 |
| R&M | $ 19,107.66 | $ 48,620.00 | $ 67,727.66 |
| UTILITIES | $ 72,101.75 | $ 183,465.00 | $ 255,566.75 |
| CONTROLLABLES | $ 19,427.56 | $ 49,434.00 | $ 68,861.56 |
| R.C.P. | $ 296,194.28 | $ 920,419.00 | $ 1,216,613.28 |
|  |  |  |  |
| NATIONAL ADV | $ 30,835.96 | $ 87,992.00 | $ 118,827.96 |
| REGIONAL ADV | $ 30,835.96 | $ 87,992.00 | $ 118,827.96 |
| LOCAL ADV | $ - | $ - | $ - |
| P.O.P. | $ 1,943.39 | $ 4,945.00 | $ 6,888.39 |
| B.K. MERCHANDISING | $ - | $ - | $ - |
| TOTAL MARKETING | $ 63,614.91 | $ 180,928.00 | $ 244,542.91 |
| ROYALTIES | $ 41,114.48 | $ 117,322.00 | $ 158,436.48 |
| NON-CONTROLLABLES | $ 14,921.03 | $ 37,967.00 | $ 52,888.03 |
| DEPRECEATION | $ 61,661.70 | $ 156,900.00 | $ 218,561.70 |
| AMORTIZATION | $ 1,798.37 | $ 4,576.00 | $ 6,374.37 |
| MGT. FEES | $ 51,393.00 | $ 146,653.00 | $ 198,046.00 |
| OCCUPANCY | $ 65,692.70 | $ 167,184.00 | $ 232,876.70 |
| INTEREST | $ 22,265.81 | $ 56,656.00 | $ 78,921.81 |
| CORP OVERHEAD | $ 32,068.01 | $ 81,598.00 | $ 113,666.01 |
|  |  |  |  |
| NET INCOME | $ (58,335.74) | $ (29,364.00) | $ (87,699.74) |
|  |  |  |  |
| EBITDA | $ 27,390.14 | $ 188,768.00 | $ 216,158.14 |
|  |  |  |  |
| ADJ. EBITDA | $ 78,783.14 | $ 335,420.00 | $ 414,203.14 |

## Kazi Foods of Flordia, Inc. Budget for Cash Needs

| | Feb 17-28, 2011 | March 2011 | Total |
|---|---:|---:|---:|
| SALES | $ 618,189.00 | $ 1,663,000.00 | $ 2,281,189.00 |
| C.O.S. | $ 196,122.72 | $ 526,385.00 | $ 722,507.72 |
| SALARY MGT. | $ 29,872.72 | $ 76,012.00 | $ 105,884.72 |
| HOURLY | $ 110,786.70 | $ 296,050.00 | $ 406,836.70 |
| DIRECT LABOR | $ 140,659.42 | $ 372,062.00 | $ 512,721.42 |
| BENEFITS | $ 22,777.10 | $ 57,747.00 | $ 80,524.10 |
| TOTAL LABOR | $ 163,295.04 | $ 429,809.00 | $ 593,104.04 |
| GROSS PROFIT | $ 258,771.24 | $ 706,806.00 | $ 965,577.24 |
| R&M | $ 11,292.86 | $ 29,835.00 | $ 41,127.86 |
| UTILITIES | $ 32,601.32 | $ 82,915.00 | $ 115,516.32 |
| CONTROLLABLES | $ 12,907.30 | $ 37,067.00 | $ 49,974.30 |
| R.C.P. | $ 201,969.77 | $ 556,989.00 | $ 758,958.77 |
| | | | |
| NATIONAL ADV | $ 15,454.73 | $ 41,575.00 | $ 57,029.73 |
| REGIONAL ADV | $ 12,363.78 | $ 33,260.00 | $ 45,623.78 |
| LOCAL ADV | $ 6,181.89 | $ 16,630.00 | $ 22,811.89 |
| P.O.P. | $ 1,375.50 | $ 3,500.00 | $ 4,875.50 |
| B.K. MERCHANDISING | $ - | $ - | $ - |
| TOTAL MARKETING | $ 35,375.90 | $ 94,965.00 | $ 130,340.90 |
| ROYALTIES | $ 24,727.56 | $ 66,520.00 | $ 91,247.56 |
| NON-CONTROLLABLES | $ 10,778.03 | $ 28,072.00 | $ 38,850.03 |
| DEPRECEATION | $ 13,998.66 | $ 35,620.00 | $ 49,618.66 |
| AMORTIZATION | $ 394.97 | $ 1,005.00 | $ 1,399.97 |
| MGT. FEES | $ 30,909.45 | $ 83,150.00 | $ 114,059.45 |
| OCCUPANCY | $ 33,964.24 | $ 86,423.00 | $ 120,387.24 |
| INTEREST | $ 8,370.90 | $ 21,300.00 | $ 29,670.90 |
| CORP OVERHEAD | $ 22,028.83 | $ 56,053.00 | $ 78,081.83 |
| | | | |
| NET INCOME | $ 21,421.25 | $ 83,881.00 | $ 105,302.25 |
| | | | |
| EBITDA | $ 44,185.78 | $ 141,806.00 | $ 185,991.78 |
| | | | |
| ADJ. EBITDA | $ 75,095.23 | $ 224,956.00 | $ 300,051.23 |