# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| KAZI FOODS OF MICHIGAN, INC., | ) | Case No. 11-43971 |
| | ) | |
| Debtor. | ) | |
| | ) | Judge Thomas J. Tucker |
| | ) | |
| In re | ) | Chapter 11 |
| | ) | |
| KAZI FOODS OF FLORIDA, INC., | ) | Case No. 11-43986 |
| | ) | |
| Debtor. | ) | |
| | ) | Judge Steven W. Rhodes |
| | ) | |

### MOTION OF GE CAPITAL COMMERCIAL, INC. AND COLONIAL PACIFIC LEASING CORPORATION TO APPOINT CHAPTER 11 TRUSTEE OR EXAMINER

COMES NOW GE Capital Commercial, Inc. (GE Capital) and Colonial Pacific Leasing Corporation (Colonial, and together with GE Capital, the "GE Entities") by and through their counsel of record, and files this their Motion to Appoint Chapter 11 Trustee or Examiner. The GE Entities hereby move this Court to appoint a Chapter 11 Trustee or Examiner based upon the Memorandum of Law in support of the Motion to Appoint Chapter 11 Trustee or Examiner.

Dated: February 21, 2011
       Detroit, Michigan

**PLUNKETT COONEY**

By: /s/ David A. Lerner
David A. Lerner – P44829
Attorney for GE Entities
38505 Woodward Ave., Suite 2000
Bloomfield Hills, MI 48304
Telephone: (248) 901-4000
Facsimile: (248) 901-4040
dlerner@plunkettcooney.com

-and-

**REED SMITH LLP**

Alexander Terras
10 South Wacker Drive, 40th Floor
Chicago, IL 60606
Telephone: (312) 207-1000
Facsimile: (312) 207-6400
aterras@reedsmith.com

Open.17333.02729.10718065-1