**UNITED STATES BANKRUPTCY COURT**
Eastern District of Michigan

Case No.: **11−43971−tjt**
Chapter: 11
Judge: Thomas J. Tucker

In Re: (NAME OF DEBTOR(S))
    Kazi Foods Of Michigan, Inc.
    PO Box 11239
    Saint Thomas,
    VIRGIN ISLANDS, 00801

Social Security No.:
    xxx−xx−310

Employer's Tax I.D. No.:

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held at **Courtroom 1925, 211 West Fort Street Bldg., Detroit, MI 48226** on **4/6/11** at **11:00 AM** to consider and act upon the following:

*34* – Motion to Appoint Trustee or Examiner Filed by Interested Party General Electric Capital Corporation, Colonial Pacific Leasing Corporation and certain of their affiliates (Attachments: # (1) 14 day notice# (2) Memorandum of Law# (3) Proposed Order # (4) Cert of Service) (Lerner, David)

Dated: 3/11/11

                        BY THE COURT

                        Katherine B. Gullo
                        Clerk, U.S. Bankruptcy Court

                        BY: jl
                        Deputy Clerk