# United States Bankruptcy Court
## Eastern District of Michigan, Southern Division

**IN RE:**

Case No. **11-43971-tjt**

**Kazi Foods Of Michigan, Inc.**

Chapter **11**

Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 2 | $ 23,871,181.70 | | |
| B - Personal Property | Yes | 3 | $ 4,514,622.80 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $ 26,426,788.96 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 16 | | $ 2,871,421.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 60 | | $ 11,548,136.96 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | $ |
| J - Current Expenditures of Individual Debtor(s) | No | | | | $ |
| TOTAL | | 86 | $ 28,385,804.50 | $ 40,846,346.92 | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Kazi Foods Of Michigan, Inc.**                                    Case No. **11-43971-tjt**
_____
                    Debtor(s)                                                      (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 1000 S Opdyke Rd, Pontiac, MI 48341 | | | 648,035.33 | 0.00 |
| 10120 W Warren Ave, Dearborn, MI 48126 | | | 742,553.67 | 0.00 |
| 12010 Greenfield Road, Detroit, MI 48227 | | | 278,398.82 | 0.00 |
| 13253 Woodward Ave, Highland Park, MI 48 | | | 600,442.13 | 0.00 |
| 13320 E Jefferson Ave, Detroit, MI 48215 | | | 484,229.38 | 0.00 |
| 13546 W McNichols Rd, Detroit, MI 48235 | | | 468,310.60 | 0.00 |
| 1361 N Opdyke Rd, Auburn Hills, MI 48326 | | | 1,405,788.89 | 0.00 |
| 14401 Grand River Ave, Detroit, MI 48227 | | | 876,298.69 | 0.00 |
| 1445 West Bristol Rd, Flint, MI 48507 | | | 802,946.72 | 0.00 |
| 15340 Wyoming Ave, Detroit, MI 48238 | | | 289,752.98 | 0.00 |
| 15700 E 8 Mile Road, Detroit, MI 48205 | | | 676,598.72 | 0.00 |
| 17505 E Warren, Detroit, MI 48224 | | | 420,515.63 | 0.00 |
| 1764 S Dort Highway, Flint, MI 48503 | | | 560,721.53 | 0.00 |
| 17750 Fenkell St, Detroit, MI 48227 | | | 810,441.59 | 0.00 |
| 1850 McNichols Rd, Detroit, MI 48203 | | | 168,531.36 | 0.00 |
| 1914 N Dort Hwy, Flint, MI 48506 | | | 589,040.44 | 0.00 |
| 19833 W 7 Mile Rd, Detroit, MI 48219 | | | 1,113,473.56 | 0.00 |
| 20990 Harper Avenue, Harper Woods, MI 48 | | | 650,856.93 | 0.00 |
| 22345 Grand River, Detroit, MI 48219 | | | 937,566.93 | 0.00 |
| 2339 S Wayne Rd, Westland, MI 48185 | | | 643,719.35 | 0.00 |
| 2600 E 8 Mile Road, Detroit, MI 48234 | | | 917,544.70 | 0.00 |
| 2601 W Davison Ave, Detroit, MI 48238 | | | 1,182,770.88 | 0.00 |
| 2716 W Grand Blvd, Detroit, MI 48208 | | | 584,734.04 | 0.00 |
| 3510 Clio Rd, Flint, MI 48504 | | | 493,101.28 | 0.00 |
| 3785 Gratiot St, Detroit, MI 48207 | | | 646,104.78 | 0.00 |
| 41670 Ford Rd, Canton, MI 48187 | | | 1,158,339.04 | 0.00 |
| 4790 Dixie Hwy, Waterford, MI 48329 | | | 985,015.35 | 0.00 |
| 6021 Dort Hwy, Grand Blanc, MI 48439 | | | 874,428.07 | 0.00 |
| 606 S Rochester Rd, Rochester Hills, MI | | | 934,721.28 | 0.00 |
| 6320 W Fort St, Detroit, MI 48209 | | | 329,222.64 | 0.00 |
| 8939 W 7 Mile Rd, Detroit, MI 48221 | | | 861,899.83 | 0.00 |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**TOTAL**    **23,871,181.70**

(Report also on Summary of Schedules)

IN RE **Kazi Foods Of Michigan, Inc.**
_____
Debtor(s)

Case No. **11-43971-tjt**
_____
(If known)

## SCHEDULE A - REAL PROPERTY
### (Continuation Sheet)

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **9041 Chalmers, Detroit, MI 48213** | | | **300,558.21** | **0.00** |
| **9654 Gratiot Ave, Detroit, MI 48213** | | | **467,019.10** | **0.00** |
| **9848 Livernois Ave, Detroit, MI 48204** | | | **615,987.90** | **0.00** |
| **G-6030 N Saginaw, Mount Morris, MI 48458** | | | **351,511.35** | **0.00** |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Kazi Foods Of Michigan, Inc.**            Case No. **11-43971-tjt**
_____
Debtor(s)                                                  (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Fifth Third Bank, PO Box 630900, Cincinnati, OH 45263-0900; Credit Card Account *******334** | | 37,164.15 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **Consumers Energy, Lansing, MI 48937-0001 (Electric Service)** | | 70,906.50 |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **See Attachment B-9 to Schedule B.** | | 0.00 |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Kazi Foods Of Michigan, Inc.**                      Case No. **11-43971-tjt**

_____

Debtor(s)                                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15.  Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16.  Accounts receivable. | X | | | |
| 17.  Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18.  Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19.  Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20.  Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21.  Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22.  Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23.  Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24.  Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25.  Automobiles, trucks, trailers, and other vehicles and accessories. | | **See Attachment B-25 to Schedule B.** | | 9,205.29 |
| 26.  Boats, motors, and accessories. | X | | | |
| 27.  Aircraft and accessories. | X | | | |
| 28.  Office equipment, furnishings, and supplies. | | **See Attachment B-28 to Schedule B** | | 4,110,033.74 |
| 29.  Machinery, fixtures, equipment, and supplies used in business. | | **See List Included in Attachment B-28** | | 0.00 |
| 30.  Inventory. | | **See Attachment B-30 to Schedule B** | | 287,313.12 |
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested. Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Kazi Foods Of Michigan, Inc.**                    Case No. **11-43971-tjt**
_____                    _____
                    Debtor(s)                                        (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **TOTAL** | **4,514,622.80** |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

_____ **0** continuation sheets attached

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

IN RE **Kazi Foods Of Michigan, Inc.**                    Case No. **11-43971-tjt**
_____
Debtor(s)                                                              (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds $146,450. *
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **Not Applicable** | | | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

* Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

IN RE **Kazi Foods Of Michigan, Inc.**        Case No. **11-43971-tjt**
_____
Debtor(s)                                             (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Bank Of New York Mellon** **One Wall Street** **New York, NY  10286** | | | | | | | **unknown** | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. **Colonial Pacific Leasing Corporation** **C/O Brian T. McGorisk, Plunkett Cooney** **111 E. Court St., Ste. 1B** **Flint, MI  48502** | X | | | | | | **unknown** | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. **General Electric Capital Business Asset Funding Corporation Of Connecticut** **500 Post Road E** **Westport, CT  06880** | X | | | | | | 26,143,457.33 | 26,143,457.33 |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. **General Electric Capital Franchise Corp.** **8377 E. Hartford Dr., Ste. 200** **Scottsdale, AZ  85255** | X | | | | | | **unknown** | |
| | | | VALUE $ | | | | | |

**1** continuation sheets attached

| | | |
|---|---|---|
| Subtotal (Total of this page) | $ **26,143,457.33** | $ **26,143,457.33** |
| Total (Use only on last page) | $ | $ |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

IN RE **Kazi Foods Of Michigan, Inc.**                    Case No. **11-43971-tjt**
_____                    _____
                    Debtor(s)                                        (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **JOHN E. KLOBUCAR PO BOX 310617 FLINT, MI 48531** | | | **NOTE PAYABLE** <br><br> VALUE $ | | | | **124.67** | **124.67** |
| ACCOUNT NO. **NATIONAL FRANCHISE ACCEPTANCE, LLC 400 EAST 22ND STREET SUITE A LOMBARD, IL 60148** | | | **NATIONAL FRANCHISE ACCEPTANCE LEASE AGRE** <br><br> VALUE $ | | | | **283,206.96** | **283,206.96** |
| ACCOUNT NO. **Sovereign Bank 1130 Berkshire Boulevard Wyomissing, PA 19610** | | | <br><br> VALUE $ | | | | **unknown** | |
| ACCOUNT NO. | | | <br><br> VALUE $ | | | | | |
| ACCOUNT NO. | | | <br><br> VALUE $ | | | | | |
| ACCOUNT NO. | | | <br><br> VALUE $ | | | | | |

Sheet no. _____**1**_____ of _____**1**_____ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page)   $ **283,331.63**  $ **283,331.63**

Total (Use only on last page)   $ **26,426,788.96**  $ **26,426,788.96**

(Report also on Summary of Schedules.)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Kazi Foods Of Michigan, Inc.** _____ Case No. **11-43971-tjt**

_____ Debtor(s) _____ _____ (If known) _____

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **15** continuation sheets attached

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** **Kazi Foods Of Michigan, Inc.**        Case No. **11-43971-tjt**

      Debtor(s)                                           (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

*© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only*

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**BOARD OF WATER COMMISSIONERS**<br>**CITY OF DETROIT**<br>**PO BOX 32711**<br>**Detroit, MI 48232-0711** | | | | | | | 4,980.86 | 4,980.86 | |
| ACCOUNT NO.<br>**CANTON TOWNSHIP TREASURER**<br>**PO BOX 87010**<br>**CANTON, MI 48187** | | | 2010 | | | | 9,592.75 | 9,592.75 | |
| ACCOUNT NO.<br>**CANTON TOWNSHIP TREASURER**<br>**P.O BOX 87010**<br>**Canton, MI 48187** | | | | | | | 5,297.97 | 5,297.97 | |
| ACCOUNT NO.<br>**CANTON TOWNSHIP WATER DEPT.**<br>**P.O BOX 33087**<br>**Detroit, MI 48232** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**CHARTER TOWNSHIP  GRAND BLANC**<br>**5371 South Saginow Street  PO BOX 1833**<br>**Grand Blanc, MI 48480** | | | | | | | 50,336.71 | 50,336.71 | |
| ACCOUNT NO.<br>**CHARTER TOWNSHIP OF FLINT**<br>**1490 SOUTH DYE ROAD**<br>**Flint, MI 48532** | | | | | | | 36,475.95 | 36,475.95 | |

Sheet no. **1** of **15** continuation sheets attached to      Subtotal
Schedule of Creditors Holding Unsecured Priority Claims     (Totals of this page)    $ **106,684.24** $ **106,684.24** $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)    $

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.)    $     $

IN RE **Kazi Foods Of Michigan, Inc.**                              Case No. **11-43971-tjt**
_____
Debtor(s)                                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units

(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**CHARTER TOWNSHIP OF FLINT ASSESSMENT DEPT. 1490 S. DYE ROAD FLINT, MI 48532** | | | 2011 | | | | 148,500.00 | 148,500.00 | |
| ACCOUNT NO. <br><br>**CHARTER TOWNSHIP OF FLINT ASSESSMENT DEPT. 1490 S. DYE ROAD FLINT, MI 48532** | | | 2010 | | | | 148,200.00 | 148,200.00 | |
| ACCOUNT NO. <br><br>**CHARTER TOWNSHIP OF FLINT 1101 S. SAGINAW ST. FLINT, MI 48502** | | | 2010 | | | | 98,900.00 | 98,900.00 | |
| ACCOUNT NO. <br><br>**CHARTER TOWNSHIP OF FLINT 1101 S. SAGINAW ST. FLINT, MI 48502** | | | 2011 | | | | 128,900.00 | 128,900.00 | |
| ACCOUNT NO. <br><br>**CHARTER TOWNSHIP OF GENESEE 7244 N GENESEE ROAD Genesee, MI 48437** | | | | | | | 8,822.01 | 8,822.01 | |
| ACCOUNT NO. <br><br>**Charter Township of Grand DPW P.O Box 1833 Grand Blanc, MI 48480-0057** | | | | | | | 0.00 | | |

Sheet no. __2__ of __15__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $ **533,322.01** | $ **533,322.01** | $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)     $                    $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Kazi Foods Of Michigan, Inc.**                    Case No. **11-43971-tjt**
_____
                    Debtor(s)                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Charter Township of Mundy Treasurer, Joe Oskey 3478 Mundy Avenue Swartz Creek, MI 48473** | | | | | | | 2,346.66 | 2,346.66 | |
| ACCOUNT NO.<br>**CHARTER TOWNSHIP OF ORION 2525 JOSLYN ROAD Lake Orion, MI 48360-1982** | | | | | | | 18,432.08 | 18,432.08 | |
| ACCOUNT NO.<br>**CHARTER TOWNSHIP OF WATERFORD 5200 Civic Center Dr Waterford, MI 48329** | | | | | | | 4,931.32 | 4,931.32 | |
| ACCOUNT NO.<br>**CHARTER TWP OF MUNDY DEPT 77355 PO BOX 77355 Detroit, MI 48277** | | | | | | | 12,326.54 | 12,326.54 | |
| ACCOUNT NO.<br>**CHARTER TWP OF WATERFORD WATER AND SEWER DEPT771353 Detroit, MI 48277** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**CHARTER TWP OF WATERFORD WATER & SEWAGE DEPARTMENT Dept 771353 Detroit, MI 48277** | | | | | | | 0.00 | | |

Sheet no. __3__ of __15__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $ **38,036.60** $ **38,036.60** $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) $          $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Kazi Foods Of Michigan, Inc.**                                    Case No. **11-43971-tjt**
_____                              _____
Debtor(s)                                                                          (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units

(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **CHARTERTOWNSHIP OF MT. MORRIS TRESURER: DIANE BAYEH 5447 BICENTENNIAL DR Mount Morris, MI 48458-9406** | | | | | | | 23,714.10 | 23,714.10 | |
| ACCOUNT NO. <br> **CITY OF AUBURN HILLS 1827 N. SQUIRREL RD AUBURN HILLS, MI 48326** | | | 2010 | | | | 25,948.30 | 25,948.30 | |
| ACCOUNT NO. <br> **City of Auburn Hills 1827 N. Squirrel Rd. Auburn Hills, MI 48326-2753** | | | | | | | 38,238.99 | 38,238.99 | |
| ACCOUNT NO. <br> **CITY OF DEARBORN P O BOX 4000 Dearborn, MI 48126-0490** | | | | | | | 61,534.81 | 61,534.81 | |
| ACCOUNT NO. <br> **CITY OF DEARBORN TAX ADMINISTRATION SERVICES PO BOX 4000 DEARBORN, MI 48126** | | | 2010 | | | | 23,077.43 | 23,077.43 | |
| ACCOUNT NO. <br> **CITY OF DEARBORN LICENSE 13615 MICHIGAN AVE. Dearborn, MI 48126** | | | | | | | 0.00 | | |

Sheet no. **4** of **15** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page)    $ **172,513.63**   $ **172,513.63**   $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)    $

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.)    $                $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Kazi Foods Of Michigan, Inc.      Case No. **11-43971-tjt**
<br>Debtor(s)      (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**CITY OF DETROIT**<br>**DEPT. OF ADMIN. HEARINGS**<br>**561 EAST JEFFERSON**<br>**Detroit, MI 48226** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>CITY OF DETROIT FINANCE DEPARTMENT ASSES<br>COLEMAN A YOUNG MUNICIPAL CENTER<br>2 WOODWARD AVE STE 828<br>DETROIT, MI 48226-346 | | | 2010 | | | | 462,988.21 | 462,988.21 | |
| ACCOUNT NO.<br>**CITY OF DETROIT-C.A.D**<br>**CONSUMER AFFAIRS DEPARTMENT**<br>**105 COLEMAN A. YOUNG**<br>**Detroit, MI 48226** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**CITY OF FLINT**<br>**1101 S. SAGINAW**<br>**Flint, MI 48502** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**CITY OF FLINT**<br>**PO BOX 2056**<br>**FLINT, MI 48501** | | | 2010 | | | | 29,457.78 | 29,457.78 | |
| ACCOUNT NO.<br>**CITY OF FLINT**<br>**P.O BOX 2056**<br>**Flint, MI 48501** | | | | | | | 8,200.52 | 8,200.52 | |

Sheet no. **5** of **15** continuation sheets attached to
<br>Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
<br>(Totals of this page)    $ **500,646.51**   $ **500,646.51**   $

Total
<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)    $

Total
<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)    $    $

IN RE **Kazi Foods Of Michigan, Inc.**                                        Case No. **11-43971-tjt**
_____
Debtor(s)                                                              (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**City of Flint Treasurer** <br>**City of Flint Income Tax Dept.** <br>**P.O. BOX 99** <br>**Flint, MI  48501** | | | | | | | **0.00** | | |
| ACCOUNT NO. <br><br>**CITY OF FLINT, MICHIGAN** <br>**P O BOX 1950** <br>**Flint, MI  48501** | | | | | | | **0.00** | | |
| ACCOUNT NO. <br><br>**CITY OF HARPER WOODS** <br>**19617 HARPER AVE.** <br>**Harper Woods, MI 48225** | | | | | | | **21,545.23** | **21,545.23** | |
| ACCOUNT NO. <br><br>**CITY OF HARPER WOODS** <br>**19617 HARPER AVE** <br>**HARPER WOODS, MI  48225** | | | 2010 | | | | **3,049.04** | **3,049.04** | |
| ACCOUNT NO. <br><br>**City of Highland Park** <br>**Income Tax Division** <br>**3401 Evaline** <br>**Hamtramck, MI  48212** | | | | | | | **0.00** | | |
| ACCOUNT NO. <br><br>**City of Highland Park** <br>**12050 Woodward** <br>**Highland Park, MI  48203** | | | | | | | **5,994.61** | **5,994.61** | |

Sheet no. **6** of **15** continuation sheets attached to                        Subtotal ▶  |  $ **30,588.88** | $ **30,588.88** | $
Schedule of Creditors Holding Unsecured Priority Claims               (Totals of this page)

Total ▶
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)  $

Total ▶
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.)  $                    $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Kazi Foods Of Michigan, Inc.**                      Case No. **11-43971-tjt**
_____                  _____
                    Debtor(s)                                    (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**CITY OF PONTIAC**<br>**47450 WOODWARD AVE**<br>**PONTIAC, MI  48342-227** | | | 2010 | | | | 219,880.00 | 219,880.00 | |
| ACCOUNT NO.<br>**CITY OF PONTIAC**<br>**POLICE DEPARTMENT-ASD**<br>**ATTN: DEBRA-LICENSING**<br>**Pontiac, MI  48342** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**CITY OF PONTIAC**<br>**47450 WOODWARD AVE**<br>**PONTIAC, MI  48342-227** | | | 2011 | | | | 175,010.00 | 175,010.00 | |
| ACCOUNT NO.<br>**City of Pontiac**<br>**P.O. Box 78000**<br>**Dept# 78220**<br>**Detroit, MI  48278-0220** | | | | | | | 701.41 | 701.41 | |
| ACCOUNT NO.<br>**CITY OF PONTIAC**<br>**P O BOX 805046**<br>**Chicago, IL  60680-4111** | | | | | | | 550.09 | 550.09 | |
| ACCOUNT NO.<br>**CITY OF PONTIAC-DEPT77639**<br>**P.O BOX 77000**<br>**Detroit, MI  48277-0639** | | | | | | | 1,359.51 | 1,359.51 | |

Sheet no. __7__ of __15__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page)  $  **397,501.01** $  **397,501.01** $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)  $

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)  $    $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Kazi Foods Of Michigan, Inc.**      Case No. **11-43971-tjt**
<br>Debtor(s)          (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**CITY OF ROCHESTER HILLS**<br>**16632 Collection Center Dr**<br>**Chicago, IL 60693** | | | | | | | **878.86** | **878.86** | |
| ACCOUNT NO.<br>**City of Rochester Hills**<br>**1000 Rochester Hills Drive**<br>**Rochester, MI 48309** | | | | | | | **8,971.82** | **8,971.82** | |
| ACCOUNT NO.<br>**CITY OF ROCHESTER HILLS**<br>**DRAWER #0789**<br>**P.O.BOX 79001**<br>**Detroit, MI 48279-0789** | | | | | | | **0.00** | | |
| ACCOUNT NO.<br>**CITY OF WESTLAND**<br>**P.O BOX 85040**<br>**Westland, MI 48185** | | | | | | | **2,341.77** | **2,341.77** | |
| ACCOUNT NO.<br>**CITY OF WESTLAND**<br>**P.O. BOX 55000**<br>**Detroit, MI 48255-1807** | | | | | | | **1,536.28** | **1,536.28** | |
| ACCOUNT NO.<br>**CITY OF WESTLAND**<br>**37095 MARQUETTE**<br>**Westland, MI 48185** | | | | | | | **0.00** | | |

Sheet no. **8** of **15** continuation sheets attached to
<br>Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
<br>(Totals of this page)    $ **13,728.73**   $ **13,728.73**   $

Total
<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)    $

Total
<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)    $    $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/10) - Cont.

IN RE **Kazi Foods Of Michigan, Inc.**                                   Case No. **11-43971-tjt**
_____                         _____
                    Debtor(s)                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **CITY OF WESTLAND 36601 Ford Road Westland, MI 48185** | | | | | | | 0.00 | | |
| ACCOUNT NO. **CITY SEWER CLEANERS 1521 DAKOTA Flint, MI 48506-2757** | | | | | | | 0.00 | | |
| ACCOUNT NO. **Collection Division Michigan Dept. of Treasury P. O. Box 30199 Lansing, MI 48909-7699** | | | | | | | 0.00 | | |
| ACCOUNT NO. **County of Oakland Fiscal Services Division/Reimb Oakland County Courthouse Pontiac, MI 48343-0628** | | | | | | | 0.00 | | |
| ACCOUNT NO. **COUNTY OF WAYNE RAYMOND J WOJTOWICZ, TREASURER 400 MONROE ST Detroit, MI 48226-2962** | | | | | | | 0.00 | | |
| ACCOUNT NO. **Delaware Secretary of State P.O BOX 11728 Newark, NJ 07101-4728** | | | | | | | 0.00 | | |

Sheet no. __9__ of __15__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Totals of this page) $ | $ | $

Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $

IN RE **Kazi Foods Of Michigan, Inc.**      Case No. **11-43971-tjt**
_____
Debtor(s)                 (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Department of Homeland Security** <br> **P.O Box 10129** <br> **Laguna Niguel, CA 92607-1012** | | | | | | | 0.00 | | |
| ACCOUNT NO. <br> **Department of Justice** <br> **Nationwide Central Intake** <br> **P.O. Box 70940** <br> **Charlotte, NC 28272-0940** | | | | | | | 0.00 | | |
| ACCOUNT NO. <br> **DETROIT CITY HEALTH DEPARTMENT** <br> **FOOD SANITATION SECTION** <br> **1151 TAYLOR AVE. BUILDING 4** <br> **Detroit, MI 48202** | | | | | | | 0.00 | | |
| ACCOUNT NO. <br> **FLINT TOWNSHIP** <br> **1490 S DYE RD** <br> **Flint, MI 48532-4121** | | | | | | | 1,382.67 | 1,382.67 | |
| ACCOUNT NO. <br> **Genesee County Health Dept.** <br> **630 S SAGINAW ST** <br> **Flint, MI 48502** | | | | | | | 0.00 | | |
| ACCOUNT NO. <br> **GENESEE COUNTY TREASURER** <br> **1101 BEACH STREET** <br> **Flint, MI 48502** | | | | | | | 0.00 | | |

Sheet no. **10** of **15** continuation sheets attached to            Subtotal <br> Schedule of Creditors Holding Unsecured Priority Claims     (Totals of this page)    $ **1,382.67**    $ **1,382.67**    $

Total <br> (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)    $

Total <br> (Use only on last page of the completed Schedule E. If applicable, <br> report also on the Statistical Summary of Certain Liabilities and Related Data.)    $      $

IN RE **Kazi Foods Of Michigan, Inc.**        Case No. **11-43971-tjt**

                  Debtor(s)                                                (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**GRAND BLANC TOWNSHIP ASSESSOR 5371 SOUTH SAGINAW STREET GRAND BLANC, MI 48480** | | | 2010 | | | | 564,500.00 | 564,500.00 | |
| ACCOUNT NO.<br>**GRAND BLANC TOWNSHIP ASSESSOR 5371 SOUTH SAGINAW STREET GRAND BLANC, MI 48480** | | | 2010 | | | | 3,470.12 | 3,470.12 | |
| ACCOUNT NO.<br>**GRAND BLANC TOWNSHIP ASSESSOR 5371 SOUTH SAGINAW STREET GRAND BLANC, MI 48480** | | | 2011 | | | | 506,700.00 | 506,700.00 | |
| ACCOUNT NO.<br>**HIGHLAND PARK WATER DEPT. 12050 WOODWARD AVE. Highland Park, MI 48203** | | | | | | | 2,081.59 | 2,081.59 | |
| ACCOUNT NO.<br>**MI Dept of Labor & Econ Growth Bureau of Comm Svcs, Corp Div PO Box 30702 Lansing, MI 48909-8202** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**Michigan Dep. of Labor Bureau of Commercial Services P O BOX 30702 Lansing, MI 48909** | | | | | | | 0.00 | | |

Sheet no. **11** of **15** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

     Subtotal
(Totals of this page)    $**1,076,751.71**    $**1,076,751.71**    $

     Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)    $

     Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)    $    $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Kazi Foods Of Michigan, Inc.**                    Case No. **11-43971-tjt**
_____
                    Debtor(s)                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **MICHIGAN DEPART. OF TREASURY** <br> **Department 7743701** <br> **P. O BOX 78000** <br> **Detroit, MI  48278-0172** | | | | | | | **0.00** | | |
| ACCOUNT NO. <br> **Michigan Dept of Treasury** <br> **Department 77375** <br> **P.O Box 77000** <br> **Detroit, MI  48277-0375** | | | | | | | **0.00** | | |
| ACCOUNT NO. <br> **Michigan State Disbursement** <br> **P.O. BOx 30350** <br> **Lansing, MI  48909-7850** | | | | | | | **31.03** | **31.03** | |
| ACCOUNT NO. <br> **Michigan Treasury Collections** <br> **P.O. Box 30158** <br> **Lansing, MI  48909** | | | | | | | **94.10** | **94.10** | |
| ACCOUNT NO. <br> **Mt. Morris Court** <br> **11820 N. Saginaw Stret** <br> **Mount Morris, MI  48458** | | | | | | | **0.00** | | |
| ACCOUNT NO. <br> **Mt. Morris Township** <br> **5447 Bicentennial Dr** <br> **Mount Morris, MI  48458** | | | | | | | **0.00** | | |

Sheet no. **12** of **15** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $ **125.13**   $ **125.13**   $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)   $

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)            $            $

IN RE **Kazi Foods Of Michigan, Inc.**                                   Case No. **11-43971-tjt**
_____                              _____
                              Debtor(s)                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**MUNDY TOWNSHIP**<br>**3478 MUNDY AVE**<br>**Swartz Creek, MI 48473** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**MUNICIPAL SERVICES BUREAU**<br>**PO BOX 16755**<br>**Austin, TX 78761** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**Oakland County Health Dept.**<br>**1200 N TELEGRAPH RD**<br>**DEPT 432**<br>**Pontiac, MI 48341** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**OAKLAND COUNTY HEALTH DIVISION**<br>**27725 GREENFIELD RD**<br>**Southfield, MI 48076** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**State of Michigan**<br>**Michigan Dept of Treasury**<br>**Dept 77003**<br>**Detroit, MI 48277-0003** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**State of Michigan**<br>**Dept of Labor & Economic Growt**<br>**Unemployment Insurance Agency**<br>**Detroit, MI 48232-5598** | | | | | | | 0.00 | | |

Sheet no. __13__ of __15__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Totals of this page) $ | $ | $ |
| Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $ | | |
| Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ |

**IN RE Kazi Foods Of Michigan, Inc.**                                    Case No. **11-43971-tjt**
_____                        _____
                        Debtor(s)                                               (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **State of Michigan-CD 3060 West Grand Blvd. Ste # 2-200 Detroit, MI 48202** | | | | | | | 0.00 | | |
| ACCOUNT NO. **State of Michigan-Department Michigan Dept. of Treasurey 3060 West grand Blvd. Detroit, MI 48202** | | | | | | | 0.00 | | |
| ACCOUNT NO. **State of Michigan-Tax Tribunal** | | | | | | | 0.00 | | |
| ACCOUNT NO. **Treasurer City of Detroit Income Tax P. O. Box 67000 Detroit, MI 48267-1319** | | | | | | | 0.00 | | |
| ACCOUNT NO. **TREASURER, CITY OF DETROIT BUILDING & SAFETY ENGINEER.DEP 402 COLEMAN A. YOUNG Detroit, MI 48226** | | | | | | | 134.00 | 134.00 | |
| ACCOUNT NO. **Treasurer, City of Detroit City of Detroit Finance Department Detroit, MI 48232** | | | | | | | 0.00 | | |

Sheet no. **14** of **15** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Totals of this page) $ **134.00** | $ **134.00** | $

Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) $ | $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Kazi Foods Of Michigan, Inc.**                    Case No. **11-43971-tjt**
_____                    _____
Debtor(s)                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units

(Type of Priority for Claims Listed on This Sheet)

*Forms Software Only*
© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Treasurer, City of Flint** <br> **1101 S. Saginaw Street** <br> **Flint, MI  48502** | | | | | | | 5.88 | 5.88 | |
| ACCOUNT NO. <br> **Treasurer-City of Detroit** <br> **Detroit Fire Department** <br> **FIRE MARSHAL DIVISION** <br> **Detroit, MI  48226** | | | | | | | 0.00 | | |
| ACCOUNT NO. <br> **United States Treasury** <br> **Internal Revenue Service** <br> **Kansas City, MO  64999-0202** | | | | | | | 0.00 | | |
| ACCOUNT NO. <br> **Wayne County** <br> **DPS Permit Office** <br> **33809 Michigan Ave** <br> **Wayne, MI  48184** | | | | | | | 0.00 | | |
| ACCOUNT NO. <br> **WAYNE COUNTY HEALTH DEPARTMENT** <br> **5454 S VENOY** <br> **Wayne, MI  48184** | | | | | | | 0.00 | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. **15** of **15** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $ **5.88**   $ **5.88**   $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $ **2,871,421.00**

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.) $ **2,871,421.00**  $

B6F (Official Form 6F) (12/07)

IN RE **Kazi Foods Of Michigan, Inc.**                    Case No. **11-43971-tjt**
_____              _____
                Debtor(s)                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**68th District Court**<br>**Attn: Collections Department**<br>**630 S. Saginaw Street**<br>**Flint, MI 48502** | | | | | | | **45.00** |
| ACCOUNT NO.<br>**A To Z Properties**<br>**651 North Main St**<br>**Goodlettsville, TN 37072** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**A&F WATER HEATER & SPA SERVICE**<br>**444 W. MAPLE, SUITE F**<br>**Troy, MI 48084** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**A&R REPAIRS BAKER'S KNEADS INC**<br>**26352 LAWRENCE**<br>**Center Line, MI 48015** | | | | | | | **660.00** |

**59** continuation sheets attached

Subtotal (Total of this page) $ **705.00**

Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Kazi Foods Of Michigan, Inc.**                    Case No. **11-43971-tjt**
_____          _____
Debtor(s)                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **A&W Restaurants** **P. O. Box 116960** **Atlanta, GA  30368-6960** | | | | | | | 0.00 |
| ACCOUNT NO. **A&W-NAC Advertising** **3585 Reliable Parkway** **Chicago, IL  60686** | | | | | | | 0.00 |
| ACCOUNT NO. **A-PI COMMUNICATIONS** **P O BOX 825** **INKSTER** **Canton, MI  48188** | | | | | | | 0.00 |
| ACCOUNT NO. **AAA ELECTRICAL SERVICE** **51462 ORO DRIVE, SHELBY TWP** **Utica, MI  48315-2931** | | | | | | | 0.00 |
| ACCOUNT NO. **Abbott Nicholson, P.C.** **Rick Patterson** **300 River Place** **Detroit, MI  48207** | | | | | | | 0.00 |
| ACCOUNT NO. **ABELL PEST CONTROL INC.** **1032 N CROOKS RD SUITE F** **Clawson, MI  48017** | | | | | | | 0.00 |
| ACCOUNT NO. **ABLE-Grease Trap Services, Inc** **21201 Dequindre** **Hazel Park, MI  48030** | | | | | | | 0.00 |

Sheet no. _____**1**___ of _____**59**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Kazi Foods Of Michigan, Inc.** _____ Case No. **11-43971-tjt**
  Debtor(s) (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| **ABLE-Plumbing & Contracting Co** 24410 John R Hazel Park, MI 48030 | | | | | | | **242.00** |
| ACCOUNT NO. | | | | | | | |
| **Abt SRBI Inc.** ATTN: CHAMPS ACCOUNTING PO BOX 846134 Boston, MA 02284-6134 | | | | | | | **2,248.00** |
| ACCOUNT NO. | | | | | | | |
| **ACS Support** P.O. Box 145566 Cincinnati, OH 45250-5566 | | | | | | | **0.00** |
| ACCOUNT NO. | | | | | | | |
| **ACTION SERVICES GROUP** 525 TURNER INDUSTRIAL WAY Aston, PA 19014 | | | | | | | **13,750.73** |
| ACCOUNT NO. | | | | | | | |
| **ADD-A-LOCK** 46080 Private Shore Drive Chesterfield, MI 48047 | | | | | | | **0.00** |
| ACCOUNT NO. | | | | | | | |
| **ADT Security Services** P.O Box 371994 Pittsburgh, PA 15250-7994 | | | | | | | **0.00** |
| ACCOUNT NO. | | | | | | | |
| **ADT SECURITY SERVICES INC.** P.O BOX 371994 Pittsburgh, PA 15250-7994 | | | | | | | **297.40** |

Sheet no. **2** of **59** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **16,538.13**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Kazi Foods Of Michigan, Inc.**      Case No. **11-43971-tjt**
Debtor(s)           (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Advance America** <br>**1633 Holmes** <br>**Ypsilanti, MI 48198** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**ADVANCED BUILDING SOLUTIONS** <br>**8555 21 MILE ROAD** <br>**SHELBY TOWNSHIP** <br>**Utica, MI 48317** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**Affordable POS Solutions, Inc.** <br>**2603 London Dr. blue Springs** <br>**Blue Springs, MO 64015** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**Alan Frank & Associates, Inc** <br>**Afa KRAUSE** <br>**45 W 10000 S #201** <br>**Sandy, UT 84070** | | | | | | | 9,669.97 |
| ACCOUNT NO. <br><br>**ALLEN CONSTRUCTION SERVICES** <br>**P.O.BOX 6552** <br>**Laurel, MS 39443** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**American Arbitration Assoc** <br>**13455 Noel Road #1750** <br>**Dallas, TX 75240** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**American Foodservice Co** <br>**735 Florence Road** <br>**Savannah, TN 38372** | | | | | | | 0.00 |

Sheet no. _____**3**___ of _____**59** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **9,669.97**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Kazi Foods Of Michigan, Inc.**                                     Case No. **11-43971-tjt**

Debtor(s)                                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**AMERICAN LABOR LAW COMPANY**<br>**1211 MOUNTAIN VIEW CIRCLE**<br>**Azusa, CA  91702** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**American Sewer Cleaners**<br>**PO BOX 430**<br>**Flint, MI  48501** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**AMERICAN SIGN MAINTENANCE**<br>**PO BOX 1027**<br>**Hahnville, LA  70057** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Anchor Bay Communications**<br>**46348 Community Center Drive**<br>**New Baltimore, MI  48047** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**ANCHOR SAFE CO. INC.**<br>**2627 E. EIGHT MILE RD**<br>**Warren, MI  48091** | | | | | | | **228.37** |
| ACCOUNT NO.<br>**Andrea L Williams**<br>**9501 Wordside**<br>**Detroit, MI  48204** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Andrew E. Meisner**<br>**Oakland County Treasurer**<br>**1200 N. TELEGRAPH**<br>**Pontiac, MI  48341** | | | | | | | **2,038.78** |

Sheet no. ____**4**__ of ____**59**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                           $ **2,267.15**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)        $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Kazi Foods Of Michigan, Inc.**      Case No. **11-43971-tjt**

Debtor(s)           (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **ANGELO SUPPLIES INC** <br> **29820 W. 8 MILE RD** <br> **Farmington, MI 48336** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **ANGELO'S WHOLESALE SUPPLIES** <br> **30023 WIXOM RD** <br> **Wixom, MI 48393** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Anne Russell** <br> **12360 Hillcrest** <br> **Grand Blanc, MI 48439** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Ansar Sirajunnisa** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Anthem Blue Cross** <br> **Attn: Finance** <br> **21555 Oxnard Street** <br> **Woodland Hills, CA 91367** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **APEX SIGN** <br> **6200 N. DORT HIGHWAY** <br> **Flint, MI 48505** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **April Green** <br> **1168 E. Piper Street** <br> **Flint, MI 48505** | | | | | | | **0.00** |

Sheet no. _____**5**___ of _____**59** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Kazi Foods Of Michigan, Inc.**                Case No. **11-43971-tjt**
_____
Debtor(s)                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**April Stewart**<br>**8181 North Wayne Road**<br>**Unit 1045D**<br>**Westland, MI  48185** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**ARAMARK**<br>**P.O. BOX 7247-0342**<br>**Philadelphia, PA  19170** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**ARCHWAY MARKETING SERVICES**<br>**DEPARTMENT 4599**<br>**CAROL STREAM, IL  60122-4599** | | | | | | | 1,825.80 |
| ACCOUNT NO.<br>**Armor Glass & Metal, Inc.**<br>**10710 Galaxie**<br>**Ferndale, MI  48220** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Asset Acceptance LLC**<br>**PO Box 2036**<br>**Warren, MI  48090** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**AT&T**<br>**P.O BOX 5095**<br>**Carol Stream, IL  60197** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**AT&T**<br>**P.O BOX 8100**<br>**Aurora, IL  60507-8100** | | | | | | | 0.00 |

Sheet no. _____**6** of _____**59** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **1,825.80**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Kazi Foods Of Michigan, Inc.**                    Case No. **11-43971-tjt**
_____                    _____
                Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Auto club of MI Ins. Co.** **C/O Stillman Law Office** **7091 Ochard Lake Road Ste 270** **West Bloomfield, MI  48322** | | | | | | | **0.00** |
| ACCOUNT NO. **AWKAL MONNA** **5468 KENDAL** **Dearborn, MI  48126** | | | | | | | **0.00** |
| ACCOUNT NO. **Awningtec USA Inc.** **3265 Hwy 62 NW** **Corydon, IN  47112** | | | | | | | **0.00** |
| ACCOUNT NO. **BACKGROUND BUREAU, INC.** **2019 ALEXANDRIA PIKE** **HIGHLAND HEIGHTS, KY  41076** | | | | | | | **0.00** |
| ACCOUNT NO. **BADGECO, INC.** **P O BOX 336** **Redfield, AR  72132** | | | | | | | **8.15** |
| ACCOUNT NO. **Barco Uniforms, Inc.** **350 West Rpsecrans Ave** **Gardena, CA  90248** | | | | | | | **2,929.45** |
| ACCOUNT NO. **Bay Finance Company, LLC** **Weber & Olcese, PLC** **3250 W. Big Beaver, Ste. 124** **Troy, MI  48084** | | | | | | | **0.00** |

Sheet no. _____**7**__ of _____**59**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **2,937.60**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Kazi Foods Of Michigan, Inc.        Case No. **11-43971-tjt**

<table>
<tr><td align="center">Debtor(s)</td><td align="right">(If known)</td></tr>
</table>

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **BEAVER TILE AND STONE** <br> **DEPT 771145** <br> **PO BOX 77000** <br> **Detroit, MI 48277** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **BECK CUSTOM P-O-P INC.** <br> **925 CRIPPLE CREEK DR. STE 900** <br> **Lawrenceville, GA 30043** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **BEECHER WATER DEPARTMENT** <br> **G-1057 LOUIS AVE.** <br> **Flint, MI 48505** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Best Outdoor, LLC** <br> **PO BOX 6502** <br> **Laurel, MS 39441** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **BILDON APPLIANCE PART AND SRV** <br> **32731 WEST EIGHT MILE RD** <br> **PO BOX 531265** <br> **Livonia, MI 48153** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **BLENDTEC** <br> **1206 S.1680 W.** <br> **Orem, UT 84058** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Brandon Adams** | | | | | | | 0.00 |

Sheet no. **8** of **59** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Kazi Foods Of Michigan, Inc.**                    Case No. **11-43971-tjt**
_____                                    _____
                    Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**BRINKS INCORPORATED**<br>**ATTN: NICOLE COOPER**<br>**555 DIVIDEND DRIVE SUITE 100**<br>**Coppell, TX 75019** | | | | | | | **31,360.39** |
| ACCOUNT NO.<br>**Broadspire Services, Inc**<br>**PO Box 404325**<br>**Atlanta, GA 30384-4325** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**BULLET GUARD CORP**<br>**3963 COMMERCE DRIVE**<br>**West Sacramento, CA 95691** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**BUZZ ELECTRIC**<br>**6228 ARTESIAN**<br>**Detroit, MI 48228** | | | | | | | **2,525.00** |
| ACCOUNT NO.<br>**C&J PARKING LOT SWEEPING, INC.**<br>**2200 E. TEN MILE ROAD**<br>**Warren, MI 48091** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Capital One Bank (USA), N.A.**<br>**Shermeta Adams & Von Allmen PC**<br>**PO Box 5016**<br>**Rochester, MI 48308** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**CDW DIRECT, LLC**<br>**P.O BOX 725723**<br>**Chicago, IL 60675-5723** | | | | | | | **0.00** |

Sheet no. _____**9**___ of _____**59**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                     $ **33,885.39**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)     $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Kazi Foods Of Michigan, Inc.**                                Case No. **11-43971-tjt**
_____                         _____
Debtor(s)                                                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Ceceilia Adams**<br>**14300 Archdale Street**<br>**Detroit, MI  48227** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Cee-Clean Window Cleaning Co.**<br>**15470 Racho Rd.**<br>**Taylor, MI  48180** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**CENTER STATE ELECTRIC LLC**<br>**1033 E. HURD RD**<br>**Clio, MI  48420** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**CenterPoint Associates, L.L.C.**<br>**P.O. Box 79001**<br>**Detroit, MI  48279** | | | | | | | 1,226.00 |
| ACCOUNT NO.<br>**Chapter 13 Standing Trustee**<br>**Carl Bekofske**<br>**PO Box 2175**<br>**Memphis, TN  38101-2175** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Chapter 13 Trustee**<br>**P O Box 2018**<br>**Memphis, TN  38101** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Charles Bigger**<br>**15578 Macarthur**<br>**Redford, MI  48239** | | | | | | | 0.00 |

Sheet no. ___**10**___ of ___**59**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $  **1,226.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Kazi Foods Of Michigan, Inc.**                                    Case No. **11-43971-tjt**
_____                              _____
                    Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Chase Credit Card Cardmember Service PO Box 15153 Wilmington, DE 19886-5153** | | | | | | | **0.00** |
| ACCOUNT NO. **Che Tang and Sherry Tang 7950 Cherry Ave. STE. 105 Fontana, CA 92336** | | | | | | | **0.00** |
| ACCOUNT NO. **Chesnutt Outdoor Services LLC 2635 Groveland Road PO BOX 39 Ortonville, MI 48462** | | | | | | | **0.00** |
| ACCOUNT NO. **CHRISTIAN CONCRETE CUTTING INC 12205 ANTHONY DR Utica, MI 48315** | | | | | | | **0.00** |
| ACCOUNT NO. **Christopher Kouza (P61462) 36700 Woodward Ave Ste 209 Bloomfield Hills, MI 48304** | | | | | | | **0.00** |
| ACCOUNT NO. **Chubbs Services, Inc Attn: Kelly Zaetz 15 Mountain View Road Warren, NJ 07059** | | | | | | | **3,583.60** |
| ACCOUNT NO. **CINDY SAFE CO INC CREEK RD Cincinnati, OH 45241** | | | | | | | **0.00** |

Sheet no. ___**11**___ of ___**59**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **3,583.60**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Kazi Foods Of Michigan, Inc.**          Case No. **11-43971-tjt**
_____
Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**CINTAS**<br>**P.O. BOX 511137**<br>**Livonia, MI  48151** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**CINTAS**<br>**51518 QUADRATE**<br>**Macomb, MI  48042** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**CINTAS**<br>**39145 WEBB DRIVE**<br>**Westland, MI  48185** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Citicapital - Citicorp** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**CITY SEWER CLEANERS OF MICH.**<br>**1521 DAKOTA**<br>**Flint, MI  48506-2757** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Clear Image Construction**<br>**P.O Box #611**<br>**Highland, MI  48357** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**College Assist**<br>**c/o NCO Financial System Inc.**<br>**PO Box 15740**<br>**Wilmington, DE  19850** | | | | | | | **0.00** |

Sheet no. ___**12**___ of ___**59**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Kazi Foods Of Michigan, Inc.**                    Case No. **11-43971-tjt**
_____                    _____
           Debtor(s)                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**COMCAST**<br>**P.O.BOX 3006**<br>**Southeastern, PA 19398** | | | | | | | **774.20** |
| ACCOUNT NO.<br>**COMMERCIAL ELECTRONICS**<br>**3421 HOLLENBERG DRIVE**<br>**Bridgeton, MO 63044** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Commercial Equip Services, Inc**<br>**35300 MOUND RD**<br>**Sterling Heights, MI 48310** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**COMMERCIAL LAWNMOWER**<br>**32098 PLYMOUTH RD**<br>**Livonia, MI 48150** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**COMMERCIAL PARTS & SERV. , INC**<br>**P O BOX 36441**<br>**Cincinnati, OH 45236** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**COMMERCIAL PARTS & SERVICE INC**<br>**PO BOX 36441**<br>**Cincinnati, OH 45236** | | | | | | | **8,831.78** |
| ACCOUNT NO.<br>**Commercial Parts & Svc, Inc**<br>**P O BOX 36441**<br>**Cincinnati, OH 45236** | | | | | | | **0.00** |

Sheet no. ____**13**____ of ____**59**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

          Subtotal
          (Total of this page) $ **9,605.98**

          Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Kazi Foods Of Michigan, Inc.**                                    Case No. **11-43971-tjt**
_____                    _____
                    Debtor(s)                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> COMMUNICATIONS TECHNOLOGIES <br> 5479 LAPEER ROAD <br> Burton, MI 48509 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> CONCRETE CONSTRUCTION TECH,INC <br> 39199 AMRHEIN RD <br> Livonia, MI 48150 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> Consumers Energy <br> Lansing, MI 48937-0001 | | | | | | | 10,872.15 |
| ACCOUNT NO. <br><br> COPESAN <br> P.O BOX 1170 <br> Milwaukee, WI 53201 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> CORPORATE SAFE SPECIALISTS <br> 1182 PAYSHERE CIRCLE <br> Chicago, IL 60674 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> Country Club Manor Apts <br> 1902 Woodslea Dr #6 <br> Flint, MI 48507 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> CRAIG SPECIALTY ADVERTISING <br> 36555 Biltmore Place <br> Willoughby, OH 44094 | | | | | | | 0.00 |

Sheet no. **14** of **59** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **10,872.15**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Kazi Foods Of Michigan, Inc.**      Case No. **11-43971-tjt**
_____
    Debtor(s)                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Crystal Wilborn** | | | | | | | **101.99** |
| ACCOUNT NO.<br>**Cst Corporation**<br>**269 E Hellen Rd**<br>**Palatine, IL 60067** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**CUNNINGHAM GLASS CO. INC.**<br>**30966 INDUSTRIAL ROAD**<br>**Livonia, MI 48150** | | | | | | | **1,172.34** |
| ACCOUNT NO.<br>**Cyril C Pessina P-34814**<br>**20020 Kelly Road**<br>**Harper Woods, MI 48225** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**D & R Market Inc.**<br>**Utility Account**<br>**1402 N Chevrolet Ave.**<br>**Flint, MI 48504-3108** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Dal Tile**<br>**24640 DRAKE RD**<br>**Farmington, MI 48335** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**DALMATIAN CREATIVE AGENCY, INC**<br>**BOX 934919**<br>**Atlanta, GA 31193** | | | | | | | **0.00** |

Sheet no. **15** of **59** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **1,274.33**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Kazi Foods Of Michigan, Inc.**                              Case No. **11-43971-tjt**
_____                        _____
                Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Daman Lechtenberger, PC <br> P.O Box 316 <br> Owasso, OK 74055 | | | | | | | 0.00 |
| ACCOUNT NO. <br> DAN SALEM <br> P.O. BOX 52 <br> Flushing, MI 48433 | | | | | | | 0.00 |
| ACCOUNT NO. <br> Data Imaging Supplies <br> 1253 E. St. Louis Street <br> Springfield, MO 65802 | | | | | | | 861.08 |
| ACCOUNT NO. <br> Data Processing Supply Co. <br> 2605 Platte Place <br> Colorado Springs, CO 80909-6197 | | | | | | | 0.00 |
| ACCOUNT NO. <br> David R. Fantera (p-40305) <br> 8466 Climbing Way <br> Pinckney, MI 48169-8484 | | | | | | | 0.00 |
| ACCOUNT NO. <br> David WM. Ruskin <br> Chapter 13 Standing Trustee <br> 1593 Reliable Parkway <br> Chicago, IL 60686-0015 | | | | | | | 0.00 |
| ACCOUNT NO. <br> DBM WASTE SYSTEMS INC. <br> PO BOX 260412 <br> Bellerose, NY 11426 | | | | | | | 1,020.00 |

Sheet no. **16** of **59** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **1,881.08**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Kazi Foods Of Michigan, Inc.**                                    Case No. **11-43971-tjt**
_____                           _____
Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **DELUXE BUSINESS CHECKS** PO BOX 742572 Cincinnati, OH 45274-2572 | | | | | | | 0.00 |
| ACCOUNT NO. **DENNIS HENDERSON SERVICES** 8200 S. MERRIL ROAD Saint Charles, MI 48655 | | | | | | | 0.00 |
| ACCOUNT NO. **Dept. of Social Services** P.O. Box 260222 Baton Rouge, LA 70826 | | | | | | | 0.00 |
| ACCOUNT NO. **DESIGN +, INC** 1449 BARDSTOWN ROAD SUITE 200 Louisville, KY 40204 | | | | | | | 0.00 |
| ACCOUNT NO. **DETROIT RECEIVING HOSPITAL** 4201 SAINT ANTOINE STREET Detroit, MI 48201-2153 | | | | | | | 0.00 |
| ACCOUNT NO. **DHL EXPRESS (USA) INC.** P.O BOX 4723 Houston, TX 77201-4723 | | | | | | | 0.00 |
| ACCOUNT NO. **DISH NETWORK** DEPT 0063 Palatine, IL 60055 | | | | | | | 0.00 |

Sheet no. **17** of **59** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

IN RE **Kazi Foods Of Michigan, Inc.**                              Case No. **11-43971-tjt**
_____                    _____
                    Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**DIVERSIFIED EQUIPMENT SOLUTION**<br>**P.O. BOX 28845**<br>**Scottsdale, AZ  85255** | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>**DJs Liquor**<br>**5800 West Fort Street**<br>**Detroit, MI  48209** | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>**Dome Construction**<br>**6212 Tyner Street**<br>**Springfield, VA  22152** | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>**DOUG'S COMMERCIAL SERVICE, INC**<br>**4225  MILLER RD**<br>**UNIT 272**<br>**Flint, MI  48507** | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>**Douglas Water Conditioning**<br>**7234 Cooley Lake Rd.**<br>**Waterford, MI  48327-4188** | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>**DOVER GREASE TRAPS, INC**<br>**16585 13 MILE ROAD**<br>**Fraser, MI  48026** | | | | | | | 8,876.17 |
| ACCOUNT NO.<br><br>**DPT OF ADMINISTRATIVE HEARINGS**<br>**561 EAST JEFFERSON AVENUE**<br>**Detroit, MI  48226** | | | | | | | 0.00 |

Sheet no. ____**18**____ of ____**59**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $    **8,876.17**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Kazi Foods Of Michigan, Inc.**                                    Case No. **11-43971-tjt**
_____Debtor(s)_____                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **DR. VINYL OF LENAWEE** <br> **950 N. SUMMIT ST** <br> **Morenci, MI 49256** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **DTE Energy** <br> **P O BOX 630795** <br> **Cincinnati, OH 45263** | | | | | | | 79,501.30 |
| ACCOUNT NO. <br> **DTE Energy** <br> **P.O BOX 740786** <br> **Cincinnati, OH 45274-0786** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **DUAL TEMP MECHINICAL &** <br> **REFRIGERATION, INC.** <br> **33798 CAPITOL STREET** <br> **Livonia, MI 48150** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **DURABILITY SEATING, INC** <br> **6250 82ND AVENUE** <br> **Pinellas Park, FL 33781** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Duro Last Roofing, Inc.** <br> **525 Morley Drive** <br> **Saginaw, MI 48601** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **EAST WEST LINK & U/TIMES** <br> **1981 ECHO WOODS DRIVE** <br> **SUITE 1A** <br> **Canton, MI 48188** | | | | | | | 0.00 |

Sheet no. _____**19**_____ of _____**59**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | | Subtotal (Total of this page) | $ | 79,501.30 |
|---|---|---|---|---|---|
| | | | Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Kazi Foods Of Michigan, Inc.**                    Case No. **11-43971-tjt**
_____                    _____
          Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **ECO-GRIP GREAT LAKES** <br> **40W665 Atchison Drive** <br> **Hampshire, IL  60140** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Elizabeth Little-Smith #742** <br> **36th District Court** <br> **421 Madison Avenue** <br> **Detroit, MI  48226-2358** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Elizabeth Martin, P.C.** <br> **P.O. Box 1448** <br> **Birmingham, MI  48012** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **EMPIRE HEATING & COOLING, INC** <br> **1119 EAST 10 MILE RD** <br> **Madison Heights, MI  48071** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Enterprise Fleet Mgmt, Inc** <br> **Enterprise Fleet Customer Bill** <br> **PO Box 800089** <br> **Kansas City, MO  64180-0089** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **EQUIPMENT DISTRIBUTING COMPANY** <br> **P.O. BOX 20092** <br> **Saginaw, MI  48602** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **ERC Parts Inc.** <br> **4001 Cobb International Blvd.** <br> **Kennesaw, GA  30152** | | | | | | | 0.00 |

Sheet no. ___**20**___ of ___**59**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Kazi Foods Of Michigan, Inc.**                                  Case No. **11-43971-tjt**
_____                   _____
Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **EVANS FOOD SERVICE** <br> **6460 MAPLE AVE** <br> **Swartz Creek, MI 48473** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **EXELON ENERGY COMPANY** <br> **21425 NETWORK PLACE** <br> **Chicago, IL 60673-1214** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **F.A.S., INC** <br> **4629 S.WAYNE RD** <br> **Wayne, MI 48184** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **FASTSIGNS DEARBORN** <br> **1312 N. TELEGRAPH RD** <br> **Dearborn, MI 48128** | | | | | | | 6,205.46 |
| ACCOUNT NO. <br> **FILTER SERVICE INTERNATIONAL** <br> **2001 RELIANCE PKWY. STE. A** <br> **Bedford, TX 76021** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **FIRE KING SECURITY PRODUCTS** <br> **2852 Momentum Place** <br> **Chicago, IL 60688** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **FIRE SYSTEMS OF MICHIGAN, INC.** <br> **26109 GRAND RIVER** <br> **Redford, MI 48240** | | | | | | | 258.50 |

Sheet no. _____**21**____ of _____**59**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **6,463.96**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Kazi Foods Of Michigan, Inc.**                          Case No. **11-43971-tjt**
　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **FIRST BLUEGRASS COMMERCIAL** <br> **501 DARBY CREEK ROAD** <br> **SUITE 29** <br> **Lexington, KY  40509** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **First Hawaiian Card** <br> **Bankcard Center** <br> **P.O Box 1959** <br> **Honolulu, HI  96820-1850** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **First Insurance Funding Corp** <br> **450 Skokie Boulevard Suite1000** <br> **Northbrook, IL  60062** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Flat Iron Capital** <br> **950 17th Street Suite 1300** <br> **Denver, CO  80202** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Fleet Services/Wright Express** <br> **PO Box 9293** <br> **Carol Stream, IL  60197-6293** | | | | | | | 1,987.52 |
| ACCOUNT NO. <br> **FLINT SIGN & DESIGN** <br> **3905 FENTON ROAD** <br> **Flint, MI  48507** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Flint/Saginaw/Bay City Co-op** <br> **P.O Box 2216** <br> **Saginaw, MI  48605** | | | | | | | 27,600.90 |

Sheet no. ____**22**____ of ____**59**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **29,588.42**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Kazi Foods Of Michigan, Inc.**                                          Case No. **11-43971-tjt**
_____                                   _____
                              Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Food Automation Service Techniques, Inc.** <br> **P.O Box 1181** <br> **Bridgeport, CT  06601** | | | | | | | **1,225.36** |
| ACCOUNT NO. <br> **Forma-Kool Manifacturing, Inc** <br> **46880 Continental** <br> **Chesterfiled, MI  48047** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **FOUNTANES AND KANN CO** <br> **13380 CAPITAL** <br> **Oak Park, MI  48237** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Franke Resupply Systems, Inc** <br> **8007 Inovation Way** <br> **Chicago, IL  60682-0080** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Friends Of The World Food Prog** <br> **PO BOX 96420** <br> **World Hunger Relief WeekWHRW07** <br> **Washington, DC  20077-9811** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **FULFILLMENT CENTER** <br> **1211 MOUNTAIN VIEW CIRCLE** <br> **Azusa, CA  91702** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **FUNCTIONAL COMM. CORP** <br> **5900 SOUTH SALINA ST.** <br> **Syracuse, NY  13205-3399** | | | | | | | **0.00** |

Sheet no. ____**23**____ of ____**59**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $ | **1,225.36**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $ |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Kazi Foods Of Michigan, Inc.**                                              Case No. **11-43971-tjt**
_____
Debtor(s)                                                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| **G&G Management LLC**<br>**Jeffrey K. Van Hattum P-37969**<br>**P.O. Box 68830**<br>**Grand Rapids, MI 49516-8830** | | | | | | | **0.00** |
| ACCOUNT NO. | | | | | | | |
| **GALLAGHER FIRE EQUIPMENT CO.**<br>**30895 W. EIGHT MILE ROAD**<br>**Livonia, MI 48152** | | | | | | | **436.80** |
| ACCOUNT NO. | | | | | | | |
| **Gallagher Security, Inc.**<br>**592 Oakland Avenue**<br>**Pontiac, MI 48342** | | | | | | | **0.00** |
| ACCOUNT NO. | | | | | | | |
| **Gareeb Law Group APC**<br>**21333 Oxnard Street, 2nd Floor**<br>**Woodland Hills, CA 91367-5017** | | | | | | | **2,171.13** |
| ACCOUNT NO. | | | | | | | |
| **Gateway Financial Services Inc**<br>**P O Box 6263**<br>**Saginaw, MI 48608** | | | | | | | **0.00** |
| ACCOUNT NO. | | | | | | | |
| **Genesse Road Properties, Inc.**<br>**8395 Wesley Drive**<br>**Flushing, MI 48433** | | | | | | | **0.00** |
| ACCOUNT NO. | | | | | | | |
| **Geraldine Harris**<br>**535 Brookfield Dr.**<br>**Westland, MI 48185** | | | | | | | **0.00** |

Sheet no. ____**24**__ of ____**59**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $ **2,607.93**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Kazi Foods Of Michigan, Inc.**                                    Case No. **11-43971-tjt**
_____                        _____
Debtor(s)                                                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Global Enviromental Engineering Inc.**<br>**6140 Rashelle Drive**<br>**Flint, MI  48507** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**GMC CONSTRUCTION**<br>**201 RIVIERA TERRACE**<br>**Waterford, MI  48328** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**GORDON FOOD SERVICE, INC.**<br>**420 50th St SW**<br>**Grand Rapids, MI  49548** | | | | | | | **5,137.00** |
| ACCOUNT NO.<br>**GRAINGER**<br>**DEPT 868950197**<br>**Palatine, IL  60038** | | | | | | | **262.36** |
| ACCOUNT NO.<br>**GRANITE TELECOMMUNICATIONS**<br>**100 Newport Avenue Exit**<br>**Quincy, MA  02171-2126** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**GREAT LAKES AUTOMATIC DOOR INC**<br>**2423 GOODRICH**<br>**Ferndale, MI  48220** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**GREAT LAKES GYPSUM & SUPPLY**<br>**1099 DORIS**<br>**Auburn Hills, MI  48326** | | | | | | | **0.00** |

Sheet no. _____**25**___ of _____**59**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $ **5,399.36**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Kazi Foods Of Michigan, Inc.**      Case No. **11-43971-tjt**
<br>
Debtor(s)                                            (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **GREAT LAKES KENTUCKY FRIED CHC** <br> **4289 N U.S HWY. 31** <br> **Seymour, IN  47274** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Grindle Brooks** <br> **Kazi Foods Inc.** <br> **8492 Berkshire Drive** <br> **Ypsilanti, MI  48198** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **GUADALUPE CASTRO CHAIRES** <br> **44535 BAYVIEW AVE** <br> **APT # 8105** <br> **CLINTON TOWNSHIP, MI** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **GUARDIAN SEALCOAT & STRIPING** <br> **2948 E. HIGHLAND RD** <br> **Highland, MI  48356** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Hartford Economic Devopment Co** <br> **c/o Hartford Memorial Baptist** <br> **18700 James Couzens Highway** <br> **Detroit, MI  48235** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Heinz Dispensing Connection** <br> **2081 Industrial Blvd.** <br> **Stillwater, MN  55082** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Herschel Morris** <br> **325 West Pearl Street** <br> **Plymouth, MI  48170** | | | | | | | 0.00 |

Sheet no. ___**26**___ of ___**59**___ continuation sheets attached to
<br>
Schedule of Creditors Holding Unsecured Nonpriority Claims

                        Subtotal
<br>
             (Total of this page) $

                           Total
<br>
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Kazi Foods Of Michigan, Inc.**                                    Case No. **11-43971-tjt**
_____                          _____
                    Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**HERSCHEL MORRIS JR.**<br>**325 W PEARL STREET**<br>**Plymouth, MI  48170** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**HM ELECTRONICS, INC.**<br>**14110 STOWE DR.**<br>**Poway, CA  92064** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Honigman Miller Shwartz & Cohn**<br>**2290 FIRST NATIONAL BUILDING**<br>**660 WOODWARD AVENUE**<br>**Detroit, MI  48226** | | | | | | | 4,467.69 |
| ACCOUNT NO.<br>**Human Touch Consulting Group**<br>**P.O Box 970772**<br>**Orem, UT  84097** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Hurand & Weston**<br>**Hurand Ventures, LLC**<br>**P. O. Box 310289**<br>**Flint, MI  48531** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Hurley Medical Center**<br>**Kathleen M Main, P C, P-38868**<br>**1038 S Grand Traverse**<br>**Flint, MI  48502** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**IN LINE CONSTRUCTION, INC**<br>**22120 RYAN ROAD**<br>**Warren, MI  48091** | | | | | | | 0.00 |

Sheet no. _____**27**___ of _____**59**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                    Subtotal        $  **4,467.69**
                                                              (Total of this page)

                                                                    Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Kazi Foods Of Michigan, Inc.**                    Case No. **11-43971-tjt**
_____        _____
                    Debtor(s)                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Internal Revenue Services**<br>**Internal Revenue Services**<br>**Kansas City Service Center**<br>**Kansas City, MO  64999** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**ISU Insur (DUP DO NOT USE)**<br>**5 Corporate Park, Suite 170**<br>**Irvine, CA  92606-5164** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**ITW FOOD EQUIPMENT GROUP LLC**<br>**43442 N I-94 SERVICE DRIVE**<br>**Belleville, MI  48111** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**JAFAR DJAVADI**<br>**P. O Box 4059**<br>**Dearborn, MI  48126** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**James N. Meinecke (P40510)**<br>**P.O. Box 5767**<br>**Saginaw, MI  48603-0767** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**JARVIS MACK**<br>**5751 NOTTINGHAM RD**<br>**Detroit, MI  48224** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Jason Michael Katz, PC**<br>**25505 W. 12 Mile Road #2650**<br>**Southfield, MI  48034** | | | | | | | 0.00 |

Sheet no. _____ **28** of _____ **59** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Kazi Foods Of Michigan, Inc.**                                      Case No. **11-43971-tjt**
_____                                   _____
Debtor(s)                                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> JOHN E. KLOBUCAR <br> P.O BOX 310617 <br> Flint, MI 48531 | | | | | | | 0.00 |
| ACCOUNT NO. <br> JOHN R GLASS <br> 26733 JOHN R. <br> Madison Heights, MI 48071 | | | | | | | 1,329.99 |
| ACCOUNT NO. <br> JOHNSTONE SUPPLY <br> 32571 STEPHENSON HWY <br> Madison Heights, MI 48071 | | | | | | | 0.00 |
| ACCOUNT NO. <br> K&B ASPHALT COMPANY <br> 35915 CLINTON <br> Wayne, MI 48184-2004 | | | | | | | 0.00 |
| ACCOUNT NO. <br> K-3 Associates, LLC <br> 560 KIRTS BLV <br> 100 <br> Troy, MI 48084 | | | | | | | 0.00 |
| ACCOUNT NO. <br> K.F. WREN MECHANICAL, INC <br> 28208 ST. LOUISE DR. <br> Warren, MI 48092 | | | | | | | 0.00 |
| ACCOUNT NO. <br> Kathleen Main P.C. <br> 1038 S. Grand Traverse <br> Flint, MI 48502 | | | | | | | 0.00 |

Sheet no. __29__ of __59__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 1,329.99

Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Kazi Foods Of Michigan, Inc.**     Case No. **11-43971-tjt**
<br>Debtor(s)                                            (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Kazeem Alihemmat**<br>**4862 Maddie Lane**<br>**Dearborn, MI 48126** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**KAZI FOODS OF NEW YORK, INC**<br>**PO BOX 11239**<br>**A1A ESTATE THOMAS**<br>**ST. THOMAS, VI 00801-4239** | | | | | | | **6,996.88** |
| ACCOUNT NO.<br>**KAZI FOODS OF PENNSYLVANIA, INC**<br>**134 W. CHOCOLATE AVE.**<br>**HERSHEY, PA 17033-1527** | | | | | | | **29,908.69** |
| ACCOUNT NO.<br>**Kazi Management VI LLC**<br>**A-1-A Estate Thomas**<br>**PO Box 11239**<br>**St Thomas, VI 00801-4239** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**KAZI MANAGEMENT VI, LLC**<br>**PO BOX 11239**<br>**A1A ESTATE THOMAS**<br>**ST. THOMAS, VI 00801-4239** | | | | | | | **4,617,409.47** |
| ACCOUNT NO.<br>**KAZI MANAGEMENT VI, LLC**<br>**PO BOX 11239**<br>**A1A ESTATE THOMAS**<br>**ST. THOMAS, VI 00801-423** | | | | | | | **1,856,017.98** |
| ACCOUNT NO.<br>**KAZI MGMT DO NOT USE DUP**<br>**P.O BOX 11239**<br>**St Thomas, VI 00801** | | | | | | | **0.00** |

Sheet no. \_\_\_\_**30**\_\_ of \_\_\_\_**59**\_\_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **6,510,333.02**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Kazi Foods Of Michigan, Inc.      Case No. **11-43971-tjt**
<span style="margin-left:3em">Debtor(s)</span>          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Kem-Tec & Associates**<br>**22556 Gratiot Avenue**<br>**Eastpointe, MI 48021-2312** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**KEN HARDIN/VETERANS**<br>**2317 CORUNNA ROAD**<br>**Flint, MI 48503** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**KENTUCKY FRIED CHICKEN**<br>**P. O BOX 102778**<br>**Atlanta, GA 30368-2778** | | | | | | | 1,506,241.42 |
| ACCOUNT NO.<br>**Kentucky Fried Chicken**<br>**Franchise Option 1441 Gardiner Lane**<br>**Louisville, KY 40213** | | | | | | | 108,049.20 |
| ACCOUNT NO.<br>**Kevin C. Skinner**<br>**1266 Hatley Rd S.E**<br>**Fife Lake, MI 49633** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**KFC Detroit Dealers Assoc.**<br>**c/o Plante & Morgan, LLP P. O. Box 307**<br>**Southfield, MI 48037** | | | | | | | 66,117.63 |
| ACCOUNT NO.<br>**KFC NATIONAL ADVERTISING COOP**<br>**P. O BOX 642474**<br>**Pittsburgh, PA 15264-2474** | | | | | | | 1,219,834.24 |

Sheet no. ____**31**____ of ____**59**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **2,900,242.49**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

<span style="writing-mode:vertical-lr">© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only</span>

IN RE **Kazi Foods Of Michigan, Inc.**                    Case No. **11-43971-tjt**
          Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**KFC U.S. Properties, Inc.**<br>P.O Box 102778<br>Atlanta, GA 30368 | | | | | | | **478,969.70** |
| ACCOUNT NO.<br>**KFC/YRSG**<br>P.O BOX 102778<br>Atlanta, GA 30368-2778 | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Khurram Jamil**<br>8416 Radford Avenue<br>Alexandria, VA | | | | | | | **0.00** |
| ACCOUNT NO.<br>**KLUM, INC**<br>2176 WEALTHY NO 2<br>Grand Rapids, MI 49506 | | | | | | | **0.00** |
| ACCOUNT NO.<br>**KOEGEL MEATS, INC.**<br>3400 W BRISTOL RD<br>Flint, MI 48507 | | | | | | | **0.00** |
| ACCOUNT NO.<br>**KULBACKI INC,**<br>35480 FORTON COURT<br>Clinton Township, MI 48035 | | | | | | | **0.00** |
| ACCOUNT NO.<br>**L.J.A. Inc.**<br>537 W. Dunlap<br>Northville, MI 48167 | | | | | | | **0.00** |

Sheet no. __32__ of __59__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **478,969.70**

Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

IN RE **Kazi Foods Of Michigan, Inc.**                    Case No. **11-43971-tjt**
_____          _____
                    Debtor(s)                                   (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**LABELLE ELECTRIC**<br>**24546  21 Mile Road**<br>**Macomb, MI  48042** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Law Office of Samuel Bernstein**<br>**William & Tina Zimmerman**<br>**31100 Northwestern Hwy**<br>**Farmington, MI  48334-2519** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Law Offices of Bershad & Vink**<br>**27200 Lahser Rd, Ste 200**<br>**Jeff Bershad P 66277**<br>**Southfield, MI  48034** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Leitgeb's, Inc.**<br>**G-4175 South Saginaw Street**<br>**Burton, MI  48529** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Lillie Green**<br>**16400 North Park Drive**<br>**Southfield, MI  48075** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Link Systems, Inc.**<br>**One Dock Street, 2nd Floor**<br>**Stamford, CT  06902** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**LJA, Inc.**<br>**537 West Dunlap**<br>**Northville, MI  48167** | | | | | | | **0.00** |

Sheet no. _____**33**_____ of _____**59**_____ continuation sheets attached to          Subtotal
Schedule of Creditors Holding Unsecured Nonpriority Claims          (Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Kazi Foods Of Michigan, Inc.**        Case No. **11-43971-tjt**
_____
Debtor(s)                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br>**LOCKNET**<br>**100 COURCHELLE DRIVE**<br>**NICHOLASVILLE**<br>**Nicholasville, KY  40356** | | | | | | | **0.00** |
| **ACCOUNT NO.**<br>**LogMeIn, Inc**<br>**500 UNICORN PARK DRIVE**<br>**FIRST FLOOR**<br>**Woburn, MA  01801** | | | | | | | **0.00** |
| **ACCOUNT NO.**<br>**Long John Silvers**<br>**P. O. Box 102962**<br>**Atlanta, GA  30368-2962** | | | | | | | **0.00** |
| **ACCOUNT NO.**<br>**Long John Silvers**<br>**P. O. Box 116861**<br>**Atlanta, GA  30368-6861** | | | | | | | **0.00** |
| **ACCOUNT NO.**<br>**Lowe's**<br>**Atn: Property Management Dept.**<br>**Box 1111**<br>**North Wilkesboro, NC  28656** | | | | | | | **750.00** |
| **ACCOUNT NO.**<br>**Lowe's Home Center, Inc.**<br>**Attn: Property Mgmt. Dept.**<br>**P.O Box 1111**<br>**North Wilkesboro, NC  28656** | | | | | | | **0.00** |
| **ACCOUNT NO.**<br>**LYON PLUMBING**<br>**2631 HARVEST HILL**<br>**Brighton, MI  48114** | | | | | | | **0.00** |

Sheet no. ____**34**____ of ____**59**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $   **750.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)   $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Kazi Foods Of Michigan, Inc.**        Case No. **11-43971-tjt**
<br>Debtor(s)        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**M STREET MAINTENANCE**<br>**2300 WILLIAM AVE**<br>**Vienna, VA 22182** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**M&H, INC.**<br>**303 SOUTH FREDERICK AVENUE**<br>**Gaithersburg, MD 20877** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**MACOMB MECHANICAL, INC**<br>**6250 NINETEEN MILE RD**<br>**Sterling Heights, MI 48314** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Malibu Building Inc.**<br>**57206 Mooncreek Ct**<br>**Washington, MI 48094** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Marcus Felder**<br>**7366 Aston**<br>**Detroit, MI 48228** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Mark the Plumber**<br>**2920 Spruce Lane Oxford**<br>**Oxford, MI 48371** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**MARTINEZ MECHANICAL SERVICES**<br>**18420 FREMONT ST**<br>**Livonia, MI 48152** | | | | | | | **0.00** |

Sheet no. _____ **35** of _____ **59** continuation sheets attached to
<br>Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
<br>(Total of this page) $

Total
<br>(Use only on last page of the completed Schedule F. Report also on
<br>the Summary of Schedules, and if applicable, on the Statistical
<br>Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Kazi Foods Of Michigan, Inc.**                              Case No. **11-43971-tjt**
_____
Debtor(s)                                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **MBA Parts & Service** <br> **2738 Richards Ave. SE** <br> **Grand Rapids, MI 49506** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **MC CAMISH SYSTEMS, LLC** <br> **6425 POWERS FERRY ROAD** <br> **THIRD FLOOR** <br> **Atlanta, GA 30339** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **MCDONALD HOPKINS LLC** <br> **600 SUPERIOR AVE, E.** <br> **SUITE 2100** <br> **Cleveland, OH 44114** | | | | | | | 5,037.93 |
| ACCOUNT NO. <br> **McGladrey & Pullen, LLP** <br> **100 NE Third Avenue Suite 300** <br> **Fort Lauderdale, FL 33301-1155** | | | | | | | 4,421.60 |
| ACCOUNT NO. <br> **McKerchie Enterprises, Inc.** <br> **DBA Power Source Electric** <br> **P.O Box 148** <br> **Clio, MI 48420** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **MCLANE FOODSERVICE, INC.** <br> **BANK OF AMERICA FILE #2721** <br> **1000 WEST TEMPLE ST.** <br> **LOS ANGELES, CA 90012** | | | | | | | 860,687.55 |
| ACCOUNT NO. <br> **McLaren Regional Medical Centr** <br> **C/O Kenneth J. Safran (P24917)** <br> **710 E. Grand River** <br> **Howell, MI 48843** | | | | | | | 0.00 |

Sheet no. ___**36**___ of ___**59**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **870,147.08**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Kazi Foods Of Michigan, Inc.**      Case No. **11-43971-tjt**
Debtor(s)      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **MDK Flint, Inc.** <br> **2200 Forum Blvd** <br> **Suite 105** <br> **Columbia, MO 65203** | | | | | | | **4,033.33** |
| ACCOUNT NO. <br> **MEGAPATH Inc** <br> **DEPT 0324** <br> **PO BOX 0324** <br> **Dallas, TX 75312** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Merrill Lynch** <br> **FIA Card Services** <br> **PO Box 15019** <br> **Wilmington, DE 19886-5019** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **METRO DETROIT SIGNS** <br> **23544 HOOVER ROAD** <br> **Warren, MI 48089** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Metro Glass and Mirror LLC** <br> **2836 Blossom Farms Drive** <br> **Howell, MI 48843** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Michael Lynn Lightning** <br> **3036 W. Pierson Road** <br> **1 Mile East Off-1-75 (Exit 122** <br> **Flint, MI 48501** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Michael Najar** <br> **15412 Lakeview Park Dr** <br> **Linden, MI 48451** | | | | | | | **0.00** |

Sheet no. **37** of **59** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **4,033.33**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Kazi Foods Of Michigan, Inc.           Case No. **11-43971-tjt**

Debtor(s)                   (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Michelle Guffey**<br>**15501 Portis Street**<br>**Plymouth, MI 48170** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Michigan Guaranty Agency**<br>**P.O. Box 7074**<br>**Indianapolis, IN 46207-7074** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**MICHIGAN LOGOS, INC.**<br>**5030 NORTHWIND DRIVE**<br>**SUITE 103**<br>**East Lansing, MI 48823** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**MIDWEST BADGE CORP**<br>**P.O BOX 1516**<br>**Skokie, IL 60076-8516** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**MILLER ZELL INC.**<br>**P.O BOX 534444**<br>**Atlanta, GA 30353-4444** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**MLS CONCRETE, LLC**<br>**2000 BARRETT**<br>**Royal Oak, MI 48067** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**MOBILE MINI**<br>**7240 S. KYRENE RD**<br>**SUITE 101**<br>**Tempe, AZ 85283** | | | | | | | **0.00** |

Sheet no. _____**38** of _____**59** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Kazi Foods Of Michigan, Inc.**                    Case No. **11-43971-tjt**
_____Debtor(s)_____                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**MOBILE MINI, INC**<br>**7420 S Kyrene Rd Suite # 101**<br>**Tempe, AZ 85283** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Mohamed G Al-Mahayni**<br>**49233 Woodson Way**<br>**Canton, MI 48187** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Morgan Stanley & Co, Inc**<br>**199 West Hillcrest Drive**<br>**Thousand Oaks, CA 91360** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Morris, Rowland, Prekel**<br>**& Lewinski, P.L.C**<br>**3221 W. Big Beaver Rd. Ste 102**<br>**Troy, MI 48084** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**MR. BREAD INC.**<br>**2709 DAVISON RD**<br>**Flint, MI 48506** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**MT. Carmel, Beer and Liquor**<br>**17150 Schaefer Rd.**<br>**Detroit, MI 48235** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**MUTUAL OF OMAHA**<br>**VENTURA BLVD SUITE 600**<br>**Sherman Oaks, CA 91403** | | | | | | | **0.00** |

Sheet no. **39** of **59** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

IN RE **Kazi Foods Of Michigan, Inc.**                                          Case No. **11-43971-tjt**
_____                                 _____
                          Debtor(s)                                                            (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Muzak - Drive Thru**<br>**PO BOX 601975**<br>**Charlotte, NC  28260-1975** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**MUZAK - NATIONAL**<br>**P.O BOX 601968**<br>**Charlotte, NC  28260-1968** | | | | | | | **4,945.00** |
| ACCOUNT NO.<br>**MUZAK LLC**<br>**PO BOX 71070**<br>**Charlotte, NC  28272** | | | | | | | **365.37** |
| ACCOUNT NO.<br>**MUZAK LLC**<br>**P. O BOX 538392**<br>**Atlanta, GA  30353-8392** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**MUZAK SYSTEMS OPERATOR**<br>**PO BOX 50795**<br>**Los Angeles, CA  90074-0795** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**MUZAK-GREAT LAKES**<br>**P O BOX 90418**<br>**Chicago, IL  60696** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**NATIONAL A&W FRANCHISEES ASS.**<br>**1307 S. MADISON ST.**<br>**Lancaster, WI  53813** | | | | | | | **0.00** |

Sheet no. _____**40**_____ of _____**59**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **5,310.37**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Kazi Foods Of Michigan, Inc.**                        Case No. **11-43971-tjt**
_____                              _____
Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **National Franchise Acceptance** <br> **400 East 22nd Street Suite D** <br> **Lombard, IL  60148** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **NEMETH BURWELL CORP.** <br> **ATTORNEYS & COUNSELORS** <br> **200 TALON CENTRE DR SUITE 200** <br> **Detroit, MI  48207** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **North Oakland Medical** <br> **8466 Climbing Way** <br> **Pinckney, MI  48169** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Norton Insur Svcs, Inc** <br> **dba ISU Insurance Svcof Irvine** <br> **18022 Cowan Suite 225** <br> **Studio City, CA  91614** | | | | | | | **21,181.95** |
| ACCOUNT NO. <br> **Nuco Inc.** <br> **P.O BOX 9011** <br> **Stuart, FL  34995** | | | | | | | **2,393.69** |
| ACCOUNT NO. <br> **Omaid N. Abdulla** <br> **1115 Woodside Trail Dr.** <br> **Troy, MI  48085** | | | | | | | **380.61** |
| ACCOUNT NO. <br> **On Display, Ltd.** <br> **1250 CLOUGH PIKE** <br> **Batavia, OH  45103** | | | | | | | **0.00** |

Sheet no. _____**41**___ of _____**59**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $ **23,956.25**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Kazi Foods Of Michigan, Inc.**                           Case No. **11-43971-tjt**
_____          _____
Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| **ONE SYSTEM POP** **P.O. BOX 644361** **Pittsburgh, PA  15264** | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| **P & H INC** **3460 N GENESEE RD** **Flint, MI  48506** | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| **PALACE OF AUBURN HILLS** **ATTN: PATRICK LALLEY** **5 CHAMPIONSHIP DRIVE** **Auburn Hills, MI  48326** | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| **PALMER PLUMBING** **594 W, VIENNA RD** **Clio, MI  48420** | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| **PAMELA MORENZETTI** **1138 Bielby** **Waterford, MI  48328** | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| **Papa's Refrigeration Services** **11525 E. 9 Mile Road** **Warren, MI  48089** | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| **Par Tech** **P.O. BOX 201133** **Houston, TX  77216-1133** | | | | | | | 0.00 |

Sheet no. ____**42**__ of ____**59**__ continuation sheets attached to          Subtotal
Schedule of Creditors Holding Unsecured Nonpriority Claims          (Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Kazi Foods Of Michigan, Inc.     Case No. **11-43971-tjt**

Debtor(s)                  (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Paracorp Inc DBA Parasec<br>P.O Box 160568<br>Sacramento, CA  95816-0568 | | | | | | | 0.00 |
| ACCOUNT NO.<br>PARKS MAINTENANCE, INC<br>25137 PLYMOUTH RD<br>Redford, MI  48239 | | | | | | | 0.00 |
| ACCOUNT NO.<br>Party Palace Liquor<br>11901 Gratiot<br>Detroit, MI  48205 | | | | | | | 0.00 |
| ACCOUNT NO.<br>Patrick H. Blayney<br>3101 Montana Avenue<br>Flint, MI  48506 | | | | | | | 0.00 |
| ACCOUNT NO.<br>PATRICK M. DOHANY<br>OAKLAND COUNTY TREASURER<br>1200 N. TELEGRAPH<br>Pontiac, MI  48341 | | | | | | | 0.00 |
| ACCOUNT NO.<br>Paul Jedro<br>1133 Mill<br>Lincoln Park, MI  48146 | | | | | | | 0.00 |
| ACCOUNT NO.<br>Paul M Ingber (P22976)<br>3000 Town Center<br>Suite 2390<br>Southfield, MI  48075-1387 | | | | | | | 0.00 |

Sheet no. **43** of **59** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Kazi Foods Of Michigan, Inc.**                        Case No. **11-43971-tjt**
_____                    _____
                    Debtor(s)                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**PEACE OF MIND CONSTRUCTION** <br>**G-5091 CLIO** <br>**Flint, MI 48504** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br>**PEPSI-COLA** <br>**P.O. BOX 75948** <br>**Chicago, IL 606755** | | | | | | | **741.58** |
| ACCOUNT NO. <br><br>**PERFECT SETTING** <br>**303 SOUTH FREDERICK AVENUE** <br>**Gaithersburg, MD 20877** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br>**Peter S. Shek** <br>**803 North Michigan Avenue** <br>**Saginaw, MI 48602** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br>**PHILLIP GEHRKEN** <br>**325 W PEARL STREET** <br>**Plymouth, MI 48170** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br>**Pierre Manor Apartments** <br>**1000 Town Center, Ste 790** <br>**Southfield, MI 48075** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br>**Pinewood Liquor** <br>**1408 Fort Street** <br>**Lincoln Park, MI 48146** | | | | | | | **0.00** |

Sheet no. ____**44**____ of ____**59**____ continuation sheets attached to                        Subtotal          $     **741.58**
Schedule of Creditors Holding Unsecured Nonpriority Claims                       (Total of this page)

                                                                                    Total
                                        (Use only on last page of the completed Schedule F. Report also on
                                        the Summary of Schedules, and if applicable, on the Statistical
                                        Summary of Certain Liabilities and Related Data.)      $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Kazi Foods Of Michigan, Inc.        Case No. **11-43971-tjt**
          Debtor(s)                         (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Pitney Bowes Management Serv.**<br>**P.O BOX 845801**<br>**Dallas, TX  75284-5801** | | | | | | | <br><br>67.31 |
| ACCOUNT NO. <br><br>**Pizza Hut, Inc.**<br>**P. O. Box 955641**<br>**Saint Louis, MO  63195-5641** | | | | | | | <br><br>0.00 |
| ACCOUNT NO. <br><br>**PLAN IT PLANNERS INC.**<br>**3251 REVERE ST., STE. 210**<br>**Aurora, CO  80011** | | | | | | | <br><br>0.00 |
| ACCOUNT NO. <br><br>**POLYCOMP**<br>**3000 LAVA RIDGE COURT**<br>**SUITE 130**<br>**Roseville, CA  95661** | | | | | | | <br><br>0.00 |
| ACCOUNT NO. <br><br>**POTTER, DEAGOSTINO, O'DEA**<br>**2701 CAMBRIDGE COURT**<br>**SUITE 223**<br>**Auburn Hills, MI  48326** | | | | | | | <br><br>0.00 |
| ACCOUNT NO. <br><br>**Praxair Distribution Inc**<br>**DEPT CH 10660**<br>**Palatine, IL  60055** | | | | | | | <br><br>0.00 |
| ACCOUNT NO. <br><br>**PREFERRED SAFE & LOCK, INC**<br>**32760 VAN DYKE**<br>**WARREN**<br>**Warren, MI  48093** | | | | | | | <br><br>0.00 |

Sheet no. _____**45**___ of _____**59**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

           Subtotal    $    **67.31**
           (Total of this page)

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Kazi Foods Of Michigan, Inc.**                    Case No. **11-43971-tjt**
_____          _____
Debtor(s)                                                   (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> PRESSURE KLEEN, INC. <br> P.O BOX 415 <br> Ross, OH 45061 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> PrimeSource - DO NOT USE <br> Navy Post Graduate School <br> 1650 Lake Del Monte Dr. <br> Monterey, CA 93943 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> PRIMESOURCE FOODSERVICE EQUIP. <br> PO BOX 671679 <br> Dallas, TX 75267-8278 | | | | | | | 5,951.48 |
| ACCOUNT NO. <br><br> PRINT DIRECTIONS INC. <br> FIFTH THIRD BANK <br> P.O BOX 636238 <br> Cincinnati, OH 45263 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> Prochaska & Associates, Inc. <br> 11317 Chicago Circle <br> Omaha, NE 68154-2633 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> PROFESSIONAL IMAGE <br> P.O BOX 807 <br> Slidell, LA 70459 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> PROFESSIONAL REFRIGERATION <br> 14256 MACK AVENUE <br> Detroit, MI 48215 | | | | | | | 0.00 |

Sheet no. **46** of **59** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 5,951.48

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Kazi Foods Of Michigan, Inc.**                              Case No. **11-43971-tjt**
_____                    _____
                    Debtor(s)                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>PTRG, INC<br>33150 SCHOOLCRAFT RD<br>Livonia, MI 48150 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>QSR Automations, Inc.<br>2301 Stanley Gault Parkway<br>Louisville, KY 40223 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>Quality Glass & Mirror<br>19969 John R Street<br>Highland Park, MI 48203 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>R & R Parts, Inc.<br>5399 Paysphere Circle<br>Chicago, IL 60674 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>R&R Mechanical<br>1091 Glaser Dr<br>Troy, MI 48083 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>R. F. Technologies, Inc.<br>P. O BOX 142<br>Bethalto, IL 62010-1818 | | | | | | | 617.21 |
| ACCOUNT NO. <br><br>RADIANT SYSTEMS<br>PO BOX 198755<br>Atlanta, GA 30384-8755 | | | | | | | 28,171.14 |

Sheet no. _____**47**_____ of _____**59**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $ **28,788.35**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Kazi Foods Of Michigan, Inc.**                          Case No. **11-43971-tjt**
_____              _____
                      Debtor(s)                                           (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **RAND GRAPHICS** <br> **500 S. FLORENCE** <br> **Wichita, KS  67209** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Refricentro** <br> **Hato Rey** <br> **380 Barbosa Ave** <br> **San Juan, PR  00917** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Reimbursement Division** <br> **1200 North Telegraph Road** <br> **P O BOx 430628** <br> **Pontiac, MI  48343-0628** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **RELIANCE STANDARD LIFE INS.** <br> **P.O. BOX 34486** <br> **Seattle, WA  98124-1486** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **REPUBLIC SERVICES, INC.** <br> **99917 Collection Center Dr** <br> **Chicago, IL  60693** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Restaurant Technologies, Inc.** <br> **12962 Collections Center Drive** <br> **Chicago, IL  60693** | | | | | | | 158,518.19 |
| ACCOUNT NO. <br> **ROCKET ENTERPRISE INC** <br> **30660 RYAN** <br> **Warren, MI  48092** | | | | | | | 0.00 |

Sheet no. ____**48**____ of ____**59**____ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          $  **158,518.19**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)          $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Kazi Foods Of Michigan, Inc.**                    Case No. **11-43971-tjt**
_____                    _____
Debtor(s)                                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Rod N Sarcevich, AttorneyatLaw** <br> **Sarcevich & Associates , PC** <br> **32000 Northwestern HWY, #215** <br> **+, MI  48334** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **RON'S REFRIGERATION** <br> **1055 E. DAYTON ROAD** <br> **Caro, MI  48723** | | | | | | | **950.39** |
| ACCOUNT NO. <br> **SabreTooth Technologies, Inc.** <br> **4214 Beechwood Drive** <br> **Suite 102** <br> **Greensboro, NC  27410** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **SAGINAW VALLEY SERVICE, INC.** <br> **G-3096 W. PASADENA** <br> **Flint, MI  48504** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **SAMCO FACILITIES MAINTENANCE** <br> **25003 MICHIGAN AVE** <br> **Dearborn, MI  48124** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Samona Construction Group** <br> **31355 W 13 MILE RD #102** <br> **Farmington, MI  48334** | | | | | | | **50,099.00** |
| ACCOUNT NO. <br> **SCHENA** <br> **28299 KEHRIG DRIVE** <br> **New Baltimore, MI  48047** | | | | | | | **0.00** |

Sheet no. ____**49**____ of ____**59**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | $ **51,049.39**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) | $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Kazi Foods Of Michigan, Inc.**                                    Case No. **11-43971-tjt**
_____                        _____
Debtor(s)                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Scotts Lawn Care, Inc.** <br> **P.O BOX 90402** <br> **Burton, MI  48509** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **SERVICE PLUS** <br> **584 OLD MILL STREAM LANE** <br> **Shepherdsville, KY  40165** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **SHOES FOR CREWS, LLC** <br> **P.O. BOX 504634** <br> **Saint Louis, MO  63150** | | | | | | | 194.84 |
| ACCOUNT NO. <br> **SJR PAVEMENT REPAIR** <br> **22120 RYAN RD** <br> **Warren, MI  48091** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **SOLOMON FRIEDMAN ADVERTISING** <br> **40900 WOODWARD AVE** <br> **SUITE 300** <br> **Bloomfield Hills, MI  48304** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Sonia Simmons** <br> **580 Spruce Street** <br> **Mount Morris, MI  48458** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Source Accounting** <br> **6129 Jon Jay Way** <br> **Lakeland, FL  33813** | | | | | | | 0.00 |

Sheet no. ____**50** of ____**59** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $   194.84

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Kazi Foods Of Michigan, Inc.        Case No. **11-43971-tjt**
            Debtor(s)                                                 (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** | | | | | | | |
| **St Paul Travelers** c/o Bank of America **91287 Collections Center Drive** **Chicago, IL  60693-1287** | | | | | | | **0.00** |
| **ACCOUNT NO.** | | | | | | | |
| **STANLEY ALARM SYSTEM INC.** **P.O. BOX 628** **Kawkawlin, MI  48631** | | | | | | | **0.00** |
| **ACCOUNT NO.** | | | | | | | |
| **Staples** **DEPT.00-05439880** **PO BOX 6721** **The Lakes, NV  88901** | | | | | | | **1,466.70** |
| **ACCOUNT NO.** | | | | | | | |
| **STATEWIDE WINDOW CLEANING** **210 N. CHERRY STREET** **Flushing, MI  48433** | | | | | | | **0.00** |
| **ACCOUNT NO.** | | | | | | | |
| **Steve M. Potter, P.C** **2701 Cambridge Court** **Suite 223** **Auburn Hills, MI  48326** | | | | | | | **0.00** |
| **ACCOUNT NO.** | | | | | | | |
| **Steve Poludniak** **1202 VISTA DELMAR DRVIE** **Delray Beach, FL  33483** | | | | | | | **0.00** |
| **ACCOUNT NO.** | | | | | | | |
| **Steven M. Potter, P.C** **2701 Cambridge Court** **Suite 223** **Auburn Hills, MI  48326** | | | | | | | **0.00** |

Sheet no. ____**51**____ of ____**59**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

           Subtotal
           (Total of this page) $ **1,466.70**

           Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Kazi Foods Of Michigan, Inc.      Case No. **11-43971-tjt**
Debtor(s)        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**STEVIE D'S AUTO WHOLESALE**<br>**278 W WALTON BLVD**<br>**Pontiac, MI 48340** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**STEWART NATIONAL TILE SERVICES**<br>**333 W. FORT STREET, STE 1450**<br>**Detroit, MI 48226** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Stillman Law Office**<br>**7091 Orchard Lake Road**<br>**Suite 270**<br>**West Bloomfield, MI 48322** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**SUNBELT RENTALS**<br>**P.O. BOX 409211**<br>**Atlanta, GA 30384** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**SUPREME HEATING & COOLING, LLC**<br>**14641 EAST WARREN AVE**<br>**Detroit, MI 48215** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**SWEET LIFE ENTERPRISES**<br>**P.O. BOX 100947**<br>**Pasadena, CA 91189** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**SWISHER HYGIENE FRANCHISEE**<br>**PO BOX 473526**<br>**Charlotte, NC 28247-3526** | | | | | | | 0.00 |

Sheet no. **52** of **59** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Kazi Foods Of Michigan, Inc.**                                      Case No. **11-43971-tjt**
_____                       _____
                    Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Taco Bell**<br>**1441 Gardiner Lane**<br>**Louisville, KY  40213** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Taco Bell - NAFA**<br>**P. O. Box 955638**<br>**Saint Louis, MO  63195-5638** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Taco Bell Corporation**<br>**P. O. Box 116946**<br>**Atlanta, GA  30368-6946** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Tangie Investments**<br>**MIKE STORM**<br>**17000 NORTHVILLE RD**<br>**Northville, MI  48167** | | | | | | | 3,200.00 |
| ACCOUNT NO.<br>**TECHNICAL SERVICE ASSISTANCE**<br>**5066 WEST CHESTER PIKE**<br>**Hershey, PA  17033** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**THE COLOR PLACE**<br>**3841 BUSINESS PARK DRIVE**<br>**Louisville, KY  40213** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**The Greener Side**<br>**2648 Bayhan**<br>**Inkster, MI  48141** | | | | | | | 0.00 |

Sheet no. _____**53**___ of _____**59**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **3,200.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Kazi Foods Of Michigan, Inc.**        Case No. **11-43971-tjt**
        Debtor(s)                                         (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**THE MANILA GROUP**<br>**9131 Martz Road**<br>**Ypsilanti, MI 48197** | | | | | | | **79,375.00** |
| ACCOUNT NO.<br>**The Newman Trading Company LLC**<br>**309 S Cloverdale St Suite C-28**<br>**Seattle, WA 98108** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**THE SHERWIN-WILLIAM CO.**<br>**561 W. ANN ARBOR RD**<br>**Plymouth, MI 48170** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**THE STERITECH GROUP, INC**<br>**PO BOX 472127**<br>**Charlotte, NC 28247** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Tiger Direct**<br>**C/O SYX Services**<br>**P.O Box 449001**<br>**Miami, FL 33144-9001** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**TNT Financial Inc**<br>**P O Box 5767**<br>**Saginaw, MI 48603-0767** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**TRILOGY CONSTRUCTIO**<br>**11911 MAXFIELD BLVD.**<br>**Hartland, MI 48353** | | | | | | | **0.00** |

Sheet no. **54** of **59** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                      Subtotal    $ **79,375.00**
                                   (Total of this page)

                                           Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Kazi Foods Of Michigan, Inc.      Case No. **11-43971-tjt**
         Debtor(s)                                                 (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Trintech, Inc** <br> **Dept 0544** <br> **PO Box 120544** <br> **Dallas, TX  75312-0544** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **UFPC** <br> **P.O BOX 32033** <br> **Louisville, KY  40232** | | | | | | | **61,248.24** |
| ACCOUNT NO. <br> **UFPC CONTACTOR CONNECTION** <br> **P.O. BOX 34458** <br> **Louisville, KY  40232** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **UFPC Parts Connection** <br> **NW 5848** <br> **P. O BOX 1450** <br> **Minneapolis, MN  55485-5848** | | | | | | | **482.44** |
| ACCOUNT NO. <br> **UFPC Smallwares Connection** <br> **P O BOX 73184** <br> **Cleveland, OH  44193** | | | | | | | **9,174.96** |
| ACCOUNT NO. <br> **Ultimate Trailer Repair** <br> **2430 Houser Rd** <br> **Holly, MI  48442** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **UNDERGROUND INSPECTION** <br> **38657 Webb Drive** <br> **Westland, MI  48185** | | | | | | | **0.00** |

Sheet no. **55** of **59** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **70,905.64**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** <u>Kazi Foods Of Michigan, Inc.</u>                                   Case No. <u>**11-43971-tjt**</u>
Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**UNEQ, INC.**<br>**P. O BOX 93825**<br>**Cleveland, OH  44101** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br>**UNITED FOODERVICE SOLUTIONS**<br>**325 S. CLINTON STREE**<br>**STE L1**<br>**Grand Ledge, MI  48837** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br>**UNITED REFRIGERATION, INC.**<br>**P.O. BOX 82-0100**<br>**Philadelphia, PA  19182** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br>**University of Michigan**<br>**Kathleen M. Main, PC P-38868**<br>**1038 S. Grand Traverse**<br>**Flint, MI  48502** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br>**UPS FREIGHT**<br>**P.O. BOX 7247-02244**<br>**Philadelphia, PA  19170-0001** | | | | | | | **55.38** |
| ACCOUNT NO. <br><br>**USA Plumbing & Sewer SVC**<br>**15900 32 Mile Road**<br>**Ray, MI  48096-1018** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br>**V.I.P COMPANY**<br>**29551 GREENFIELD**<br>**SUITE 219**<br>**Southfield, MI  48076** | | | | | | | **0.00** |

Sheet no. ____**56**____ of ____**59**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **55.38**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Kazi Foods Of Michigan, Inc.**     Case No. **11-43971-tjt**

           Debtor(s)                                           (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Val Steward** <br> **18460 Winconsin** <br> **Detroit, MI 48221** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Verizon** <br> **P.O Box 15124** <br> **Albany, NY 12212-5124** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **VICTORY DOORS INC.** <br> **1237 HYMAN AVE.** <br> **Bay Shore, NY 11706** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **VILLAGE OF LAKE ORION** <br> **37 E. FLINT STREET** <br> **Lake Orion, MI 48362** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **VIRGINIA TILE** <br> **28320 PLYMOUTH ROAD** <br> **Livonia, MI 48150** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **VISION HOLDONGS OF MICHIGAN** <br> **1504 LIBERTY ST N.** <br> **Canton, MI 48188** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **VIVID IMPACT** <br> **10116 BUNSEN WAY** <br> **P.O BOX 99098** <br> **Louisville, KY 40269-0098** | | | | | | | 0.00 |

Sheet no. _____**57**___ of ___**59**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                            Subtotal
                (Total of this page) $

                                 Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Kazi Foods Of Michigan, Inc.**          Case No. **11-43971-tjt**

         Debtor(s)                                             (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Wanda M. Boston**<br>**9039 Annapolis Street**<br>**Detroit, MI 48204** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**WASTE MANAGEMENT OF MICHIGAN**<br>**PO BOX 90001054**<br>**Louisville, KY 40290** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**WearGuard-Aramark**<br>**P.O Box 7247**<br>**Philadelphia, PA 19170-0342** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Weeks Food Corp**<br>**PO Box 88**<br>**Richmond, MI 48062** | | | | | | | 118,348.50 |
| ACCOUNT NO.<br>**WORLD BEVERAGE SYSTEMS, INC.**<br>**25340 JOHN R. RD**<br>**Madison Heights, MI 48071** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**York Properties/Round Hill Apt**<br>**C/O Thomas D. Hocking**<br>**P.O Box 2037**<br>**Warren, MI 48090** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**YUM BRANDS FULFILLMENT SERVICE**<br>**P.O BOX 804983**<br>**Kansas City, MO 64180-5532** | | | | | | | 0.00 |

Sheet no. **58** of **59** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **118,348.50**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Kazi Foods Of Michigan, Inc.**      Case No. **11-43971-tjt**

Debtor(s)      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Yum! Brands, Inc.** <br> **1900 Colonel Sanders Lane** <br> **Louisville, KY 40213** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Zimmerly & CO, Inc.** <br> **PO Box 540907** <br> **Dallas, TX 75354** | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. **59** of **59** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ **11,548,136.96**

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Kazi Foods Of Michigan, Inc.**                                        Case No. **11-43971-tjt**
_____                              _____
Debtor(s)                                                                    (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

    Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **GE Capital Franchise Finance Corporation C/O KFC US Properties** | **12 yr, 8 mths (1/1/2007 to 8/31/2019); $8,242.72/mth (increase by 4.04% at each adjustment date)** |
| **GE Capital Franchise Corporation C/O KFC US Properties** | **12 yr; 8 mth (1/1/2007 to 8/31/2019); $10,655.77/mth w/4.04% increase on each adjustment date** |
| **GE Capital Franchise Finance Corporation C/O KFC US Properties** | **12 yrs, 8 mth, 13 days (12/19/2006 to 8/31/2019); $8,669.69/mth (increase by 4.04% on each adjustment date)** |
| **Lojon Property C/O KFC US Properties** | **14 yrs, 3 mth (1/1/2007 to 3/31/2021); $14,347.01/mth min (increases of 4.04% on each adjustment date)** |
| **Lojon Property C/O KFC US Properties** | **14 yrs, 3 mth, 13 days (12/19/2006 to 3/31/2021); $9,564.68/mth (increase of 4.04% at each adjustment date).** |
| **Aspen Acquisitions, Inc.** | **15 yr, 11mth, 3 days (12/18/2006 to 11/20/2022); $4,033.33/mth until 11/20/2012; $4,436.66/mth until 11/20/2017; $4,880.33/mth until 11/20/2022** |
| **Hartford Economic Development Corp, Diane Jenskin** | **20 yr lease (1/20/2004 to 1/16/2024); $3,566.66/mth (until 2014)** |
| **LJA, Inc.** | **20 yr lease (8/15/2002 to 8/14/2022); $2,566.66/mth (until 2012)** |
| **Highway 23 Project, LLC Pierre Najjar** | **20 yrs (12/1/2008 to 11/30/2028); $6500/mth until 11/30/2018** |
| **Hurrand & Weston** | **4 yr, 2 mth, 25 dyas (12/18/2006 to 3/14/2011); $1028.50/mth with 2 5-yr options** |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Kazi Foods Of Michigan, Inc.**        Case No. **11-43971-tjt**

                 Debtor(s)                                      (If known)

## SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Zubair Kazi And Khatija Kazi**<br>**A1A Estate Thomas**<br>**St. Thomas, VI  00802** | **General Electric Capital Business Asset**<br>**Funding Corporation Of Connecticut**<br>**500 Post Road E**<br>**Westport, CT  06880**<br><br>**Colonial Pacific Leasing Corporation**<br>**C/O Brian T. McGorisk, Plunkett Cooney**<br>**111 E. Court St., Ste. 1B**<br>**Flint, MI  48502**<br><br>**General Electric Capital Franchise Corp.**<br>**8377 E. Hartford Dr., Ste. 200**<br>**Scottsdale, AZ  85255** |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE **Kazi Foods Of Michigan, Inc.**          Case No. **11-43971-tjt**
_____
Debtor(s)                                           (If known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____     Signature: _____
                                                                      Debtor

Date: _____     Signature: _____
                                                         (Joint Debtor, if any)
                                                 [If joint case, both spouses must sign.]

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____     _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer     Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____

_____
Address

_____     _____
Signature of Bankruptcy Petition Preparer                          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **CRO** _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the **Kazi Foods Of Michigan, Inc.** (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **107** sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: **3/18/11**     Signature: *Laura Marcero*
                                           Laura A. Marcero
                                             (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

*© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only*

# United States Bankruptcy Court
## Eastern District of Michigan, Southern Division

IN RE:                                                          Case No. **11-43971-tjt** _____

**Kazi Foods Of Michigan, Inc.** _____          Chapter **11** _____
Debtor(s)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

---

**1. Income from employment or operation of business**

None
☐    State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 35,712,333.62 | 2009 Gross Receipts |
| 32,943,526.75 | 2010 Gross Receipts |

---

**2. Income other than from employment or operation of business**

None
☑    State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**3. Payments to creditors**
*Complete a. or b., as appropriate, and c.*

None
☑    *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None  *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850.* If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

| NAME AND ADDRESS OF CREDITOR | DATE OF PAYMENTS/TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| See SOFA Attachment S-3B | | 0.00 | 0.00 |

None ☑  *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐  a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| See SOFA Attachment S-4A | | | |

None ☑  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 5. Repossessions, foreclosures and returns

None ☑  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 6. Assignments and receiverships

None ☑  a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 7. Gifts

None ☑  List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 8. Losses

None ☑  List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 9. Payments related to debt counseling or bankruptcy

None ☐  List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **MCDONALD HOPKINS LLC** | **Various Dates** | 25,970.00 |

600 SUPERIOR AVE, E.
SUITE 2100
Cleveland, OH  44114

**10. Other transfers**

<sup>None</sup> ☑ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

<sup>None</sup> ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

**11. Closed financial accounts**

<sup>None</sup> ☐ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |
| JP Morgan Chase | 723528006 | 12/31/2010 |
| JP Morgan Chase | 723527982 | 10/31/2010 |

**12. Safe deposit boxes**

<sup>None</sup> ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

<sup>None</sup> ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

<sup>None</sup> ☑ List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

<sup>None</sup> ☑ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

**16. Spouses and Former Spouses**

<sup>None</sup> ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

## 18. Nature, location and name of business

None ☑ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

None ☑ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

## 19. Books, records and financial statements

None ☐ a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                          DATES SERVICES RENDERED
**See SOFA Attachment S-19A**

None ☐ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME AND ADDRESS                          DATES SERVICES RENDERED
**McGladrey & Pullen, LLP**               **Audited 2008 Accounting Records**
**100 NE Third Avenue Suite 300**
**Fort Lauderdale, FL 33301-1155**

**Morris Brown Argiz & Farra, LLP**       **Audited 2009 Accounting Records**
**1001 Brickell Bay Drive, 9th Floor**
**Miami, FL 33131**

None ☐ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME AND ADDRESS
**McGladrey & Pullen, LLP**               **Audited 2008 Accounting Records**
**100 NE Third Avenue Suite 300**
**Fort Lauderdale, FL 33301-1155**

**Morris Brown Argiz & Farra, LLP**       **Audited 2009 Accounting Records**
**1001 Brickell Bay Drive, 9th Floor**
**Miami, FL 33131**

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

☒ None   d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of the case by the debtor.

## 20. Inventories

☐ None   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market, or other basis) |
|---|---|---|
| 2/15/2011 | Patrick H. Blayney | $2,296,050.00 |

☐ None   b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESS OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| 3/1/2011 | Patrick H. Blayney<br>3101 Montana Avenue<br>Flint, MI 48506 |

## 21. Current Partners, Officers, Directors and Shareholders

☒ None   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

☐ None   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Zubair Kazi<br>A1A Estate Thomas<br>St. Thomas, VI 00802 | Owner | 100.00 |
| Brian Burr<br>2105 South Nevada Street<br>Oceanside, CA 92054 | President | 0.00 |
| Steve Poludniak<br>1202 VISTA DELMAR DRVIE<br>Delray Beach, FL 33483 | CFO | 0.00 |
| Becky Bahlman<br>P.O. Box 365<br>St. Thomas, VI 00804 | HR/Payroll Director | 0.00 |
| Patrick H. Blayney<br>3101 Montana Avenue<br>Flint, MI 48506 | Regional Director | 0.00 |
| Juan Mujica<br>119 SW 51st Street<br>Cooper City, FL 33330 | Regional Director | 0.00 |

## 22. Former partners, officers, directors and shareholders

☒ None   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

☒ None   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

## 23. Withdrawals from a partnership or distributions by a corporation

☐ None   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| See SOFA Attachment S-23 | | |

**24. Tax Consolidation Group**

None ☑ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

**25. Pension Funds.**

None ☑ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____ 3/18/11 _____ Signature: _____

**Laura A. Marcero, CRO**

Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____ **4** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. § 152 and 3571.*

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only