**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| KAZI FOODS OF MICHIGAN, INC. *et al.*[1] | ) | Case No. 11-43971 |
| | ) | *(jointly administered)* |
| Debtors. | ) | |
| | ) | Judge Thomas J. Tucker |
| | ) | |

**<u>NOTICE OF ADDRESS CHANGE FOR DEBTOR KAZI FOODS OF MICHIGAN, INC.</u>**

PLEASE TAKE NOTICE that effective May 10, 2011, the Kazi Foods of Michigan, Inc. (the "Debtor") has a new address. The new address information for Debtor is as follows:

**Kazi Foods of Michigan, Inc.**
c/o Laura A. Marcero, CRO
900 Wilshire Drive
Troy, Michigan 48084

Respectfully Submitted,

MCDONALD HOPKINS PLC

<u>/s/ Stephen M. Gross</u>
Stephen M. Gross (P35410)
Jeffrey S. Grasl (P62550)
Jayson B. Ruff (P69893)
McDONALD HOPKINS PLC
39533 Woodward Ave., Ste. 318
Bloomfield Hills, MI 48304
Telephone: (248) 646-5070
Facsimile: (248) 646-5075
E-mail: sgross@mcdonaldhopkins.com
jgrasl@mcdonaldhopkins.com
jruff@mcdonaldhopkins.com

COUNSEL FOR THE DEBTORS
AND DEBTORS-IN-POSSESSION

Dated: May 10, 2011

[1] Debtors include Kazi Foods of Michigan, Inc., Case No. 11-43971; Kazi Foods of Florida, Inc., Case No 11-43986; Kazi Foods of New York, Inc., Case No. 11-47551; and Kazi Foods of Annapolis, Inc., Case No. 11-47556.