UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In Re:

KAZI FOODS OF MICHIGAN, INC., et al,

          Debtors.

CHAPTER 11

CASE NO. 11-43971
(Jointly Administered)

HON. THOMAS J. TUCKER

_____

## APPEARANCE

TO:
| | |
|---|---|
| Katherine B. Gullo, Clerk | Stephen M. Gross, Esq. |
| U.S. Bankruptcy Court | McDonald Hopkins PLC. |
| Eastern District of Michigan | 39533 Woodward Avenue, |
| 211 Fort Street | Suite 318 |
| Detroit, MI 48226 | Bloomfield Hills, MI 48304 |

**PLEASE ENTER THE APPEARANCE** of DEAN & FULKERSON, P.C. as attorneys for

Creditor George H. Pastor & Sons, Inc. in the above entitled cause.

Dated: June 21, 2011                     /s/ Kevin N. Summers (P-34458)
                                                             Dean & Fulkerson, P.C.
                                                             Attorneys for Creditor George H. Pastor & Sons

## NOTICE OF APPEARANCE

TO:
| | |
|---|---|
| Katherine B. Gullo, Clerk | Stephen M. Gross, Esq. |
| U.S. Bankruptcy Court | McDonald Hopkins PLC. |
| Eastern District of Michigan | 39533 Woodward Avenue, |
| 211 Fort Street | Suite 318 |
| Detroit, MI 48226 | Bloomfield Hills, MI 48304 |

      PLEASE TAKE NOTICE that the undersigned appears as attorney for the above named

Creditor.

                                                               DEAN & FULKERSON, P.C.

Dated: June 21, 2011                 BY: /s/ Kevin N. Summers (P-34458)
                                                                  Attorneys for Creditor George H. Pastor &
                                                                  Sons

## REQUEST FOR NOTICE

TO:

| | |
|---|---|
| Katherine B. Gullo, Clerk | Stephen M. Gross, Esq. |
| U.S. Bankruptcy Court | McDonald Hopkins PLC. |
| Eastern District of Michigan | 39533 Woodward Avenue, |
| 211 Fort Street | Suite 318 |
| Detroit, MI 48226 | Bloomfield Hills, MI 48304 |

The undersigned hereby requests a copy of all notices required to be mailed to all parties under Rule 2002 of the Bankruptcy Rules.

DEAN & FULKERSON, P.C.

Dated: June 21, 2011        BY: /s/ Kevin N. Summers (P-34458)
Attorneys for Creditor George H. Pastor & Sons