UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------------- X
In re:                                          :        Chapter 11

KAZI FOODS OF MICHIGAN, INC.,                   :        Case No. 11-43971 (RDD)

    Debtor.                                     :        Hon. Thomas J. Tucker

                                                :        (Jointly Administered)
---------------------------------------------------------------- X
In re:                                          :        Chapter 11

KAZI FOODS OF ANNAPOLIS, INC.,                  :        Case No. 11047556

    Debtor.                                     :        Hon. Thomas J. Tucker

                                                :        (Jointly Administered)
---------------------------------------------------------------- X

NOTICE OF APPEARANCE
AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTE** that Wilson Law Group, PLC, as counsel for Hartford Economic Development Corporation, hereby enters its appearance in the above-captioned case and requests that all notices given or required to be given in this case and all papers served or required to be served in this case be served upon the undersigned at the office, postal address, telephone number, telecopy number and email addresses listed as follows:

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Code provisions and Bankruptcy Rules specified above, but also includes, without limitation, all notices and/or orders relating to any application, motion, petition, pleading, request, complaint, or demand, whether transmitted or conveyed by mail, delivery, telephone,

telecopy, or otherwise, which may in any way affect or seek to affect any right or interest of the Landlord.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with Federal Rule of Bankruptcy Procedure 3017, the forgoing request includes any disclosure statement and/or plan or reorganization which may be filed in this case.

**PLEASE TAKE FURTHER NOTICE** that the filing of this pleading is intended to constitute only a special appearance to the extent that a general appearance would constitute waiver of any right. The filing of this pleading is not intended to be, nor shall it be deemed a consent to or waiver of the right to challenge the jurisdiction of the United States Bankruptcy hereby expressly reserved. Furthermore, the filing of this pleading is not intended to be, nor shall it be deemed, a consent to or waiver of any right to a jury trial, should such right be available at any time during the course of these proceedings, which right is hereby expressly reserved.

                            Respectfully submitted,

                            WILSON LAW GROUP, PLC

Dated: July 1, 2011              /s/ Anthony R. Smykla
                                          By: Anthony R. Smykla
                                          24655 Southfield Road, Suite 207
                                          Southfield, MI, 48075

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd of June 2011, I caused a copy of the foregoing Notice of Appearance and Request for Service of Papers to be electronically filed using the ECF system, which sent notification of such filing to all ECF participants.

                                              Respectfully submitted,

                                              WILSON LAW GROUP, PLC

Dated: July 1, 2011                         /s/ Anthony R. Smykla
                                              By: Anthony R. Smykla
                                              24655 Southfield Road, Suite 207
                                              Southfield, MI, 48075