UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| KAZI FOODS OF MICHIGAN, INC. *et al.*[1] ) | Case No. 11-43971 |
| ) | *(jointly administered)* |
| Debtors. ) | |
| ) | Honorable Thomas J. Tucker |
| ) | |

**STIPULATION FOR ENTRY OF:
ORDER (A) AUTHORIZING THE SALE OF SUBSTANTIALLY ALL OF THE
DEBTORS' ASSETS FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES AND
OTHER INTERESTS; (B) APPROVING THE ASSUMPTION AND ASSIGNMENT OF
CERTAIN OF DEBTORS' EXECUTORY CONTRACTS AND UNEXPIRED
LEASES; AND (C) GRANTING RELATED RELIEF**

The above-captioned debtors and debtors in possession (collectively, the "Debtors"), and General Electric Capital Corporation, GE Capital Commercial, Inc., General Electric Capital Business Asset Funding Corporation of Connecticut and Colonial Pacific Leasing Corporation (collectively, the "GE Affiliates"), KFC Corporation ("KFC"), Long John Silver's, Inc., and A & W Restaurants, Inc., the KFC National Council and Advertising Cooperative, Inc. ("NCAC"), and Star KFC Realco Two, LLC and Star Partner Enterprises Two, LLC (collectively, "Purchasers") as evidenced by signatures of counsel below, after a hearing conducted February 22, 2012, and in accordance with the proffers and statements on the record made at such hearings, do hereby stipulate to the entry of the *Order (A) Authorizing the Sale of Substantially all of the Debtors' Assets Free and Clear of Liens, Claims, Encumbrances and Other Interests; (B) Approving the Assumption and Assignment of Certain of Debtors' Executory Contracts and Unexpired Leases; and (C) Granting Related Relief* of the above captioned chapter 11 proceeding (attached as Exhibit A, the "Sale Order").

---

[1] Debtors include Kazi Foods of Michigan, Inc., Case No. 11-43971; Kazi Foods of Florida, Inc., Case No. 11-43986; Kazi Foods of New York, Inc., Case No. 47551; and Kazi Foods of Annapolis, Inc., Case No. 11-47556.

{3620118:2}

A true and complete copy of (i) the Asset Purchase Agreement (with Schedules) and the First Amendment to Purchase Agreement between the Debtors and Purchasers; and (ii) the schedule of Acquired Contracts, are attached hereto as Exhibit B and Exhibit C, respectively, to be fully incorporated into and made part of the Sale Order.

Dated: February 28, 2012

/s/ Jeffrey S. Grasl
Jeffrey S. Grasl (P62550)
McDONALD HOPKINS PLC
39533 Woodward Ave., Ste. 318
Bloomfield Hills, MI 48304
Telephone: (248) 646-5070
E-mail: jgrasl@mcdonaldhopkins.com

COUNSEL FOR DEBTORS

/s/ Alexander Terras
Alexander Terras
REED SMITH, LLP
10 South Wacker Drive, 40th Floor
Chicago, IL 60606
Telephone: (312) 207 2448
E-mail: aterras@reedsmith.com

COUNSEL FOR GE AFFILIATES

/s/ Scott Wolfson
Scott Wolfson (P53194)
Wolfson Bolton, P.C.
3150 Livernois
Suite 275
Troy, MI 48083
Telephone: (248) 247-7103
E-mail: swolfson@wolfsonbolton.com

COUNSEL FOR KFC CORPORATION;
LONG JOHN SILVER'S INC. AND A&W
RESTAURANTS, INC.

/s/ Leonora K. Baughman.
Leonora K. Baughman (P33534)
Kilpatrick & Associates, P.C.
903 N. Opdyke Road
Suite C
Auburn Hills, MI 48326
Telephone: (248) 377-0700
E-mail: lbaughman@kaalaw.com

COUNSEL FOR KFC NATIONAL COUNCIL
AND ADVERTISING COOPERATIVE, INC.

/s/ Robert S. Hertzberg
Robert S. Hertzberg (P30261)
Pepper Hamilton LLP
4000 Town Center
Suite 1800
Southfield, MI 48075
Telephone: (248) 359-7333
E-mail: hertzbergr@pepperlaw.com

COUNSEL FOR PURCHASERS