Exhibit C
Acquired Contracts

| Debtor | CREDITOR OR OTHER PARTIES TO LEASE OR CONTRACT | Lessor | Contract/Property Description | Category | STORE | Cure Amount |
|---|---|---|---|---|---|---|
| MD | La Plata Shopping Center LP c/o Mote Management Company, Inc. PO Box 2486 La Plata, MD 20646 | La Plata Shopping Center LP c/o Mote Management Company, Inc. PO Box 2486 La Plata, MD 20646 | Lease - Store #19 Route 301 LaPlata, MD 20646 | RE Lease | 19 | $0.00 |
| MD | Hopkins Road Associates c/o O'meara Properties 277 K Peninsula Farm Road Arnold, MD 21012 | Hopkins Road Associates c/o O'meara Properties 277 K Peninsula Farm Road Arnold, MD 21012 | Lease - Store #20 1053 N Route 3 Gambrills, MD 21054 | RE Lease | 20 | $7,972.00 |
| MD | Cloverleaf Warehouse and Business Park LLLP 8028 Ritchie Hwy Suite 118 Pasadena, MD 21122 | Cloverleaf Warehouse and Business Park LLLP 8028 Ritchie Hwy Suite 118 Pasadena, MD 21122 | Lease - Store #21 8073 Veterans Highway Millersville, MD 21108 | RE Lease | 21 | $0.00 |
| MD | Lake Shore Associates c/o St. John Properties, Inc. 2560 Lord Baltimore Drive Baltimore, MD 21244 | Lake Shore Associates c/o St. John Properties, Inc. 2560 Lord Baltimore Drive Baltimore, MD 21244 | Lease - Store #23 4107 Mountain Rd Pasadena, MD 21122 | RE Lease | 23 | $0.00 |
| MD | USRP I, LLC (Watkins Park Plaza Shopping Center) c/o Regency Centers PO Box 822179 Philadelphia, PA 19182 | USRP I, LLC (Watkins Park Plaza Shopping Center) c/o Regency Centers PO Box 822179 Philadelphia, PA 19182 | Lease - Store #24 10 Watkins Park Dr Upper Marlboro, MD 20774 | RE Lease | 24 | $1,219.50 |
| FL | Adventurers Inn, Inc 1000 E HALLANDALE BEACH BLVD, Hallendale, FL 33009 | Adventurers Inn, Inc 1000 E Hallandale Beach Blvd Hallendale, FL 33009 | Lease - Store #25 16215 Northeast 15th Ave, Miami FL 33162 | RE Lease | 25 | $29,782.30 |
| FL | Maurice Donsky- 440 Rovino Ave Coral Gables, Fl 33156 | Maurice Donsky- 440 Rovino Ave Coral Gables, Fl 33156 | Lease - Store #30 13801 NE Biscayne BLVD, North Miami, FL 33181 | RE Lease | 30 | $68,475.82 |
| NY | Scudiery Enterprises Airport Plaza 1390 Highway #36 Suite 105 Hazlet, NJ 07730 | Scudiery Enterprises Airport Plaza 1390 Highway #36 Suite 105 Hazlet, NJ 07730 | Lease - Store#33 Route 36 Airport Plaza Hazlet, NJ 07730 | RE Lease | 33 | $6,225.47 |
| MD | TC Shopping Center LP c/o Hyatt Commercial 200 Westgate Circle Suite Annapolis, MD 21401 | TC Shopping Center LP c/o Hyatt Commercial 200 Westgate Circle Suite Annapolis, MD 21401 | Lease - Store #56 373 Thompson Creek Mall Stevensville, MD 21666 | RE Lease | 56 | $0.00 |
| NY | Channel 46 Associates, LLC c/o Mandelbaum and Mandelbaum 80 Main Street West Orange, NJ 07052 | Channel 46 Associates, LLC c/o Mandelbaum and Mandelbaum 80 Main Street West Orange, NJ 07052 | Lease - Store #59 1452 Route 46 West Parsippany, NJ 07054 | RE Lease | 59 | $0.00 |
| FL | Herman & Valerie Rolfs P.O. Box 6592 Gulf Breeze, FL 32562 | Herman & Valerie Rolfs P.O. Box 6592 Gulf Breeze, FL 32562 | Lease - Store #72 232 S.E. 1st Ave Florida City, FL 33034 | RE Lease | 72 | $44,941.82 |
| FL | Puto Family LP 455 122nd Street Ocean Marathon, FL 33050 | Puto Family LP 455 - 122nd Street Ocean, Marathon, FL 33050 | Lease - Store #73 - Parking Lot 6501 Overseas HWY, Marathon, FL 33050 | RE Lease | 73 | $6,915.00 |

Exhibit C
Acquired Contracts

| Debtor | CREDITOR OR OTHER PARTIES TO LEASE OR CONTRACT | Lessor | Contract/Property Description | Category | STORE | Cure Amount |
|---|---|---|---|---|---|---|
| MD | South Joleh Corp. (Ritchie Hwy Shopping Center) c/o US Realty Management CO<br>3003 English Creek Ave D 13A<br>Egg Harbor Township, NJ 08234 | South Joleh Corp. (Ritchie Hwy Shopping Center) c/o US Realty Management CO<br>3003 English Creek Ave D 13A<br>Egg Harbor Township, NJ 08234 | Lease - Store #81<br>5734 Ritchie Hwy<br>Baltimore, MD 21225 | RE Lease | 81 | $0.00 |
| MD | Thomas Shipley, Betty Lou, Chalk & George Shipley c/o Alan R. Engel Attorney at Law<br>808 Landmark Drive Suite 223<br>Glen Burnie, MD 21061 | Thomas Shipley, Betty Lou, Chalk & George Shipley c/o Alan R. Engel Attorney at Law<br>808 Landmark Drive Suite 223<br>Glen Burnie, MD 21061 | Lease - store #83<br>6734 Ritchie Hwy<br>Glen Burnie, MD 21061 | RE Lease | 83 | $0.00 |
| MD | Cromwell Field Associates LP c/o Metropolitan Management CO<br>11299 Owings Mills Blvd #200<br>Owings Mills, MD 21117 | Cromwell Field Associates LP c/o Metropolitan Management CO<br>11299 Owings Mills Blvd #200<br>Owings Mills, MD 21117 | Lease - Store #84<br>7935 Baltimore Annapolis Blvd<br>Cromwell, MD 21090 | RE Lease | 84 | $0.00 |
| MD | Fred Sawzcyn c/o Briar Rose Center Prop, LLC<br>112 Graylyn Drive Chapel Hill, NC 27516 | Fred Sawzcyn c/o Briar Rose Center Prop, LLC<br>112 Graylyn Drive<br>Chapel Hill, NC 27516 | Lease - Store #85<br>708 Nursery Rd<br>Linthicum Heights, MD 21090 | RE Lease | 85 | $0.00 |
| FL | Robert Litowitz/ Revocable Trust 11401 SW 49th Street #370<br>Miami, FL 33165 | Robert Litowitz/ Revocable Trust<br>11401 SW 49th Street #370<br>Miami, FL 33165 | Lease - Store #132<br>11585 SW 40th Street,<br>Miami, FL 33165 | RE Lease | 132 | $0.00 |
| MD | Arthur H. Lund & Sharon E. Pailthorp c/o Jim Pailthorp<br>648 Ranger Court Davidsonville, MD 21035 (5447 Chapman's Landing Indian Head, MD 20640) | Arthur H. Lund & Sharon E. Pailthorp c/o Jim Pailthorp<br>648 Ranger Court Davidsonville, MD 21035 (5447 Chapman's Landing<br>Indian Head, MD 20640) | Lease - Store #142<br>302 Canberra Way<br>Bryans Road, MD 20616 | RE Lease | 142 | $10,520.87 |
| NY | Fletcher and West Associates, LLC c/o Stanley J. Atkins<br>5600 Kennedy Blvd West New York, NJ 07093 | Fletcher and West Associates, LLC c/o Stanley J. Atkins<br>5600 Kennedy Blvd<br>West New York, NJ 07093 | Lease - Store #145<br>2170 Fletcher Ave<br>Fort Lee, NJ 07024 | RE Lease | 145 | $0.00 |
| NY | Solomon Grossman Real Estate<br>335 Oak Ave<br>River Edge, NJ 07661 | Solomon Grossman Real Estate<br>335 Oak Ave<br>River Edge, NJ 07661 | Lease for Store #146<br>587 Cedar Lane<br>Teaneck, NJ | RE Lease | 146 | $0.00 |
| NY | Nexus Foods, Inc.<br>PO Box 25092<br>Newark, NJ 07101 | Nexus Foods, Inc.<br>PO Box 25092<br>Newark, NJ 07101 | Lease - Store #147<br>600 Peterson Plank Rd<br>Union City, NJ | RE Lease | 147 | $0.00 |
| NY | Solomon Staten Island, LLC<br>3170 Santa Maria Road<br>Topanga, CA 90290 | Solomon Staten Island, LLC<br>3170 Santa Maria Road<br>Topanga, CA 90290 | Lease - Store#148<br>1453 Forest Ave.<br>Staten Island, NY 10302 | RE Lease | 148 | $0.00 |

Exhibit C
Acquired Contracts

| Debtor | CREDITOR OR OTHER PARTIES TO LEASE OR CONTRACT | Lessor | Contract/Property Description | Category | STORE | Cure Amount |
|---|---|---|---|---|---|---|
| NY | 1959 Colonel Bruckner Realty Associates<br>110 West 34th Street 9th Floor<br>New York, NY 10001 | 1959 Colonel Bruckner Realty Associates<br>110 West 34th Street 9th Floor<br>New York, NY 10001 | Lease - Store #150<br>1959 Bruckner Blvd<br>Bronx, NY 10472 | RE Lease | 150 | $0.00 |
| NY | David M. Wahl<br>10971 Southwest 69th Circle<br>Ocala, FL 34476 | David M. Wahl<br>10971 Southwest 69th Circle<br>Ocala, FL 34476 | Lease - Store #154<br>114-116 Rathway Ave.<br>Elizabeth, NJ | RE Lease | 154 | $0.00 |
| NY | Elizabethtown Healthcare Foundation<br>PO Box 259 Elizabeth, NJ 07207 | Elizabethtown Healthcare Foundation<br>PO Box 259<br>Elizabeth, NJ 07207 | Lease - Store #155<br>955 E. Jersey St.<br>Elizabeth, NJ | RE Lease | 155 | $7,508.66 |
| NY | Sunrise Equities Corp.<br>c/o United Capital Corp.<br>9 Park Place 4th Floor<br>Great Neck, NY 11021 | Sunrise Equities Corp.<br>c/o United Capital Corp.<br>9 Park Place 4th Floor<br>Great Neck, NY 11021 | Lease - Store #156<br>249 Park Ave<br>Newark, NJ | RE Lease | 156 | $0.00 |
| NY | Aetna Realty Financial Corp. c/o US Realty Management Corp.<br>450 7th Ave Suite 4500 New York, NY 10123 | Aetna Realty Financial Corp.<br>c/o US Realty Management Corp.<br>450 7th Ave Suite 4500<br>New York, NY 10123 | Lease - Store #161<br>434 Central Ave.<br>Newark, NJ | RE Lease | 161 | $0.00 |
| NY | Victor Zalta and Seymour Klein c/o K&Z Partners<br>505 Broadway<br>Bayonne, NJ 07002 | Victor Zalta and Seymour Klein c/o K&Z Partners<br>505 Broadway<br>Bayonne, NJ 07002 | Lease - Store #162<br>516 Broadway<br>Bayonne, NJ | RE Lease | 162 | $0.00 |
| NY | Sears Holding Corporation<br>12670 Collections Drive<br>Chicago, IL 60693 | Sears Holding Corporation<br>12670 Collections Drive<br>Chicago, IL 60693 | Lease - Store #164<br>Block 140, Lot 62 Rt. 1<br>North Brunswick, NJ | RE Lease | 164 | $0.00 |
| NY | SJU Property Holdings, LLC<br>26 South Valley Road<br>West Orange, NJ 07052 | SJU Property Holdings, LLC<br>26 South Valley Road<br>West Orange, NJ 07052 | Lease - Store #166<br>Springfield Ave<br>Irvington, NJ | RE Lease | 166 | $0.00 |
| NY | Bergen Street, LLC<br>447 Northfield Ave Suite 200<br>West Orange, NJ 07052 | Bergen Street, LLC<br>447 Northfield Ave Suite 200 West Orange, NJ 07052 | Lease - Store #167<br>125 Bergen St<br>Newark, NJ | RE Lease | 167 | $0.00 |
| NY | Raritan Enterprises<br>417 Elizabeth Ave<br>Somerset, NJ 08873 | Raritan Enterprises<br>417 Elizabeth Ave<br>Somerset, NJ 08873 | Lease - Store #169<br>92 St. Georges Ave<br>Rathway, NJ 07065 | RE Lease | 169 | $0.00 |
| NY | Morris Bailey c/o JEMB Realty Corp.<br>150 Broadway New York, NY 10038 | Morris Bailey c/o JEMB Realty Corp.<br>150 Broadway<br>New York, NY 10038 | Lease - Store #171<br>44 Victory Blvd<br>Staten Island, NY 10302 | RE Lease | 171 | $0.00 |
| NY | 2469 Hylan Blvd, LLC c/o Cassidy Turley<br>40 East 52nd Street New York, NY 10022 | 2469 Hylan Blvd, LLC c/o Cassidy Turley<br>40 East 52nd Street<br>New York, NY 10022 | Lease - Store #173<br>KFC# Y332076;<br>2471 Hylan Blvd<br>Staten Island, NY | RE Lease | 173 | $0.00 |

Exhibit C
Acquired Contracts

| Debtor | CREDITOR OR OTHER PARTIES TO LEASE OR CONTRACT | Lessor | Contract/Property Description | Category | STORE | Cure Amount |
|---|---|---|---|---|---|---|
| NY | Burnside Realty Corp. 36 Laurel Hill Road Centerport, NY 11721 | Burnside Realty Corp. 36 Laurel Hill Road Centerport, NY 11721 | Lease - Store #174 Ground lease 1 W Burnside Ave Bronx, NY | RE Lease | 174 | $0.00 |
| NY | New Gold Equities Corp. c/o Building Management Co, Inc. 417 Fifth Ave 4th Floor New York, NY 10016 | New Gold Equities Corp. c/o Building Management Co, Inc. 417 Fifth Ave 4th Floor New York, NY 10016 | Lease - Store #175 KFC #: Y332133; C501 West Fordham Rd. Bronx, NY | RE Lease | 175 | $0.00 |
| NY | 375 E. 149th Street Corp. c/o Bloomfield Properties 349 East 149th Street Bronx, NY 10451 | 375 E. 149th Street Corp. c/o Bloomfield Properties 349 East 149th Street Bronx, NY 10451 | Lease - Store #176 KFC # Y332134; 375 East 149th St. Bronx, NY | RE Lease | 176 | $0.00 |
| NY | Robert Matzkin Company, Inc. 416 E. 174th Street Bronx, NY 10457 | Robert Matzkin Company, Inc. 416 E. 174th Street Bronx, NY 10457 | Lease - Store #177 KFC # Y332147; 1731 Webster Ave. Bronx, NY | RE Lease | 177 | $0.00 |
| NY | Robert M. VanTassel 1337 Rembroke Drive Westchester, PA 19380 | Robert M. VanTassel 1337 Rembroke Drive Westchester, PA 19380 | Lease - Store #179 KFC #: X732523 1524 S. Salina St Syracuse, NY | RE Lease | 179 | $0.00 |
| NY | James M. Donegan PO Box 669 Alexandria Bay, NY 13607 | James M. Donegan PO Box 669 Alexandria Bay, NY 13607 | Lease - Store #180 7900 Brewerton Rd Cicero, NY | RE Lease | 180 | $10,889.00 |
| NY | James M. Donegan Family Trust 23590 Iroquois Island Shore Road Alexander Bay, NY 13607 | James M. Donegan Family Trust 23590 Iroquois Island Shore Road Alexander Bay, NY 13607 | Lease - Store #181 KFC#: Y332019 276 Grant Ave. Auburn, NY | RE Lease | 181 | $11,625.00 |
| NY | Brookside Development, LLC 276 Grant Avenue Auburn, NY 13021 | Brookside Development, LLC 276 Grant Avenue Auburn, NY 13021 | Lease (Ground lease) - Store #181 KFC/A&W Restaurant; Site: 12-0106, Auburn, NY; 276 Grant Avenue @ Brookside Drive, Cayuga, | RE Lease | 181 | $0.00 |
| NY | Frances and Tino Marcoccia 2900 James Street Syracuse, NY 13206 | Frances and Tino Marcoccia 2900 James Street Syracuse, NY 13206 | Lease - Store #183 825-829 butternut Syracuse, NY | RE Lease | 183 | $0.00 |
| NY | COR Route 31 Company, LLC 540 Towne Drive Fayetteville, NY 13006 | COR Route 31 Company, LLC 540 Towne Drive Fayetteville, NY 13006 | Lease - Store #184 3821 Route 31 Liverool, NY | RE Lease | 184 | $0.00 |
| NY | KFC U.S. Properties PO Box 102778 Atlanta, GA 30368 | KFC U.S. Properties 1441 Gardiner Lane Louisville, KY 40213 | Lease - Store #185 1055 7th North Street Liverpool, NY | RE Lease | 185 | $0.00 |
| NY | Peter and Deena C Procopio 5 River Island Drive Brewerton, NY 13029 | Peter and Deena C Procopio 5 River Island Drive Brewerton, NY 13029 | Lease - Store #186 3520 W Genessee Camillus, NY | RE Lease | 186 | $0.00 |

Exhibit C
Acquired Contracts

| Debtor | CREDITOR OR OTHER PARTIES TO LEASE OR CONTRACT | Lessor | Contract/Property Description | Category | STORE | Cure Amount |
|---|---|---|---|---|---|---|
| NY | Glenwood Shopping Plaza, LLC 600 Old County Road Suite 435 Garden City, NY 11530 | Glenwood Shopping Plaza, LLC 600 Old County Road Suite 435 Garden City, NY 11530 | Lease - Store #188 127 Genesse St Oneida, NY | RE Lease | 188 | $0.00 |
| NY | Arkshu Inc. DBA Econolodge 3400 Erie Blvd East Dewitt, NY 13214 | Arkshu Inc. DBA Econolodge 3400 Erie Blvd East Dewitt, NY 13214 | Lease - Store #189 3406 Erie Blvd Syracuse, NY | RE Lease | 189 | $0.00 |
| NY | David R. White PO Box 364 Clinton NY 13323 | David R. White PO Box 364 Clinton NY 13323 | Lease - Store #191 8512 Seneca Turnpike New Hartford, NY | RE Lease | 191 | $0.00 |
| NY | Coolidge Herkimer, LLC Four West Red Oak Lane White Plains, NY 10604 | Coolidge Herkimer, LLC Four West Red Oak Lane White Plains, NY 10604 | Lease - Store #192 200 S. Caroline St Herkimer, NY | RE Lease | 192 | $0.00 |
| NY | David R. White PO Box 364 Clinton NY 13323 | David R. White PO Box 364 Clinton NY 13323 | Lease - Store #193 1004 Arsenal St Watertown, NY | RE Lease | 193 | $0.00 |
| NY | Developers Diversified Realty, Inc. 3300 Enterprise Parkway Beachwood, OH 44122 | Developers Diversified Realty, Inc. (DDR) 3300 Enterprise Parkway Beachwood, OH 44122 | Lease - Store #198 235 Erie Blvd W Rome, NY | RE Lease | 198 | $1,000.00 |
| MI | GE Capital Franchise Finance Corporation c/o KFC US Properties | GE Capital Franchise Finance Corporation c/o KFC US Properties | Lease - Store #204 383 South Broadway Lake Orion, MI 48326 | RE Lease | 204 | $205,621.00 |
| MI | Lojon Property c/o KFC US Properties | Lojon Property c/o KFC US Properties | Lease - Store #225 12721 Michigan Avenue Dearborn, MI | RE Lease | 225 | $273,822.00 |
| MI | MDK-Flint, LLC | Che Tang and Sherry Tang 7950 Cherry Ave. Fontana, CA 92336 | Lease - Store #231 4427 Corunna Rd, Flint, MI | RE Lease | 231 | $4,219.70 |
| MI | Hartford Economic Development Corp, Diane Jenskin | Hartford Economic Development Corp, Diane Jenskin 18700 James Couzens Highway Detroit, MI 48235 | Land Lease - Store #240 14201 W 7 Mile Rd Detroit, MI | RE Lease | 240 | $0.00 |
| MD | A & W Restaurants, Inc. | | Co-Brand Franchise and Advertising Agreement | | 65 | $0.00 |
| NY | A & W Restaurants, Inc. | | Co-Brand Franchise and Advertising Agreement | | 181 | $0.00 |
| NY | A & W Restaurants, Inc. | | Co-Brand Franchise and Advertising Agreement | | 184 | $0.00 |
| NY | A & W Restaurants, Inc. | | Co-Brand Franchise and Advertising Agreement | | 188 | $0.00 |
| MI | A & W Restaurants, Inc. | | Co-Brand Franchise and Advertising Agreement | | 210 | $0.00 |
| MI | A & W Restaurants, Inc. | | Co-Brand Franchise and Advertising Agreement | | 231 | $0.00 |
| MI | A & W Restaurants, Inc. | | Co-Brand Franchise and Advertising Agreement | | 234 | $0.00 |

Exhibit C
Acquired Contracts

| Debtor | CREDITOR OR OTHER PARTIES TO LEASE OR CONTRACT | Lessor | Contract/Property Description | Category | STORE | Cure Amount |
|---|---|---|---|---|---|---|
| NY | Long John Silvers, Inc. | | Co-Brand Franchise and Advertising Agreement | | 36 | $0.00 |
| MD | Long John Silvers, Inc. | | Co-Brand Franchise and Advertising Agreement | | 82 | $0.00 |
| MD | Long John Silvers, Inc. | | Co-Brand Franchise and Advertising Agreement | | 142 | $0.00 |
| MI | Long John Silvers, Inc. | | Co-Brand Franchise and Advertising Agreement | | 221 | $0.00 |
| MI | Long John Silvers, Inc. | | Co-Brand Franchise and Advertising Agreement | | 240 | $0.00 |
| NY | Pizza Hut, Inc. | | Co-Brand Franchise and Advertising Agreement | | 164 | $6,714.52 |
| NY | Pizza Hut, Inc. | | Co-Brand Franchise and Advertising Agreement | | 157 | $0.00 |
| NY | Pizza Hut, Inc. | | Co-Brand Franchise and Advertising Agreement | | 166 | $0.00 |
| NY | Pizza Hut, Inc. | | Co-Brand Franchise and Advertising Agreement | | 169 | $0.00 |
| MI | Pizza Hut, Inc. | | Co-Brand Franchise and Advertising Agreement | | 204 | $0.00 |
| MI | Pizza Hut, Inc. | | Co-Brand Franchise and Advertising Agreement | | 206 | $0.00 |
| MI | Pizza Hut, Inc. | | Co-Brand Franchise and Advertising Agreement | | 208 | $0.00 |
| FL | Taco Bell, Corp | | Co-Brand Franchise and Advertising Agreement | | 72 | $4,407.14 |
| FL | Taco Bell, Corp | | Co-Brand Franchise and Advertising Agreement | | 73 | 0.00 |
| NY | Taco Bell, Corp | | Co-Brand Franchise and Advertising Agreement | | 145 | $0.00 |
| NY | Taco Bell, Corp | | Co-Brand Franchise and Advertising Agreement | | 185 | $0.00 |
| NY | Taco Bell, Corp | | Co-Brand Franchise and Advertising Agreement | | 187 | $0.00 |
| NY | Taco Bell, Corp | | Co-Brand Franchise and Advertising Agreement | | 171 | $0.00 |
| NY | Taco Bell, Corp | | Co-Brand Franchise and Advertising Agreement | | 177 | $0.00 |
| NY | Taco Bell, Corp | | Co-Brand Franchise and Advertising Agreement | | 192 | $0.00 |
| MI | Taco Bell, Corp | | Co-Brand Franchise and Advertising Agreement | | 209 | 0.00 |
| MI | Taco Bell, Corp | | Co-Brand Franchise and Advertising Agreement | | 213 | 0.00 |
| MI, MD, NY, NJ, FL | Pepsi-Cola Fountain Company, Inc. | | Supply and Marketing Agreement 1/1/2000 | Supply and Marketing Agreement | | 0.00 |

*All transferable permits related to the Acquired Assets that are non-refundable.*